UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY WILSON,<br>        Plaintiff,<br>    v.<br>THE WALT DISNEY COMPANY, et al.,<br>        Defendants. | Case No. 14-cv-01441-VC<br><br>**ORDER**<br>Re: Dkt. No. 46 |

The Court is amenable to altering the case management schedule to alleviate the parties' difficulties in completing fact discovery, but the August 10, 2014 trial date will not be continued. The parties are invited to submit a new proposed schedule which retains the trial date but provides them with some relief within those confines.

**IT IS SO ORDERED**.

Dated: December 5, 2014

VINCE CHHABRIA
United States District Judge