1  Kelly M. Klaus (State Bar No. 161091)
   kelly.klaus@mto.com
2  Erin J. Cox (State Bar No. 267954)
   erin.cox@mto.com
3  Jordan D. Segall(State Bar No. 281102)
   jordan.segall@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
5  Los Angeles, California 90071-1560
   Telephone:    (213) 683-9100
6  Facsimile:    (213) 687-3702

7  Attorneys for Defendants

8  J. Paul Gignac (State Bar No. 125676)
   j.paul@aogllp.com
9  Mischa N. Barteau (State Bar No. 274474)
   mbarteau@aogllp.com
10 ARIAS OZZELLO & GIGNAC LLP
   115 S. La Cumbre Lane, Suite 300
11 Santa Barbara, California 93105
   Telephone:    (805) 683-7400
12 Facsimile:    (805) 683-7401

13 J.A. Ted Baer (State Bar No. 135092)
   ted@tedbaerlaw.com
14 LAW OFFICE OF J.A. TED BAER
   21 E. Canon Perdido Street, Suite 223
15 Santa Barbara, California 93101
   Telephone:    (805) 963-7177
16 Facsimile:    (801) 730-2874

17 Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kelly Wilson, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>THE WALT DISNEY COMPANY, a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; WALT DISNEY PICTURES, a California corporation; WALT DISNEY MOTION PICTURES GROUP, INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No. 3:14-cv-01441-VC<br><br>[PROPOSED] **AMENDED SCHEDULING ORDER** AS MODIFIED<br><br>Judge:   Hon. Vince G. Chhabria |

25271914.1                                                                                    3:14-cv-01441-VC

[PROPOSED] AMENDED SCHEDULING ORDER

The Court, having reviewed the parties' Stipulation Re Amended Scheduling Order and finding good cause to extend the deadlines in its previously issued Scheduling Order (Doc. 43) in this action, hereby orders as follows:

1. The following pretrial and trial deadlines shall apply in this case:

| Date | Event |
|---|---|
| January 30, 2015 | Complete fact discovery on liability issues |
| February 9, 2015 | Designate expert witnesses on liability issues |
| February 16, 2015 | Designate rebuttal experts on liability issues |
| February 25, 2015 | Complete expert witness discovery on liability issues |
| March 6, 2015 | File Motion(s) for Summary Judgment ("MSJ") |
| March 20, 2015 | File MSJ Opposition Brief(s) |
| March 23, 2015 | Parties may serve written discovery on damages |
| March 30, 2015 | File MSJ Reply Brief(s) |
| April 9, 2015 | Hearing on MSJ(s) at 10:00 a.m. |
| June 19, 2015 | Complete fact discovery on damage issues |
| June 26, 2015 | Designate expert witnesses on damage issues |
| July 17, 2015 | Designate rebuttal experts on damages issues |
| July 24, 2015 | Complete expert witness discovery on damage issues |
| July 28, 2015 | Final Pretrial Conference |
| August 10, 2015 | Trial |

IT IS SO ORDERED.

Dated: December 16, 2014



_____
Honorable Vince Chhabria
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED

In the event of cross-motions for summary judgment the parties should consult the Court's standing order for guidance on how to proceed with briefing.