1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kelly Wilson, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE WALT DISNEY COMPANY, a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; WALT DISNEY PICTURES, a California corporation; WALT DISNEY MOTION PICTURES GROUP, INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 3:14-cv-01441-VC<br><br>**[~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Vince G. Chhabria |

The Court, having reviewed the parties' Joint Stipulation Re Briefing Schedule on Motions for Summary Judgment and finding good cause to enter an Order adopting the briefing schedule proposed by the parties, hereby orders as follows:

1.      The briefing schedule for the parties' cross-motions for summary judgment shall be as follows:

| | |
|---|---|
| March 5, 2015 | Due Date for Plaintiff's Opening Brief |
| March 12, 2015 | Due Date for Defendants' Opening/Opposition Brief |
| March 19, 2015 | Due Date for Plaintiff's Opposition/Reply Brief |
| March 26, 2015 | Due Date for Defendants' Reply Brief |

IT IS SO ORDERED.

Dated:  February 18, 2015

_____

Honorable Vince G. Chhabria

UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT