UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>　　　　　Defendants. | Case No.　14-cv-01441-VC<br><br>**ORDER RE DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 53 |

With the understanding that the defendants have now agreed to produce documents from additional Pixar employees who attended the film festivals in San Francisco and Santa Barbara where *The Snowman* was shown (Doc. No. 53-2 at 6), the plaintiff's motions are denied.

**IT IS SO ORDERED**.

Dated: February 20, 2015

_____
VINCE CHHABRIA
United States District Judge