1  J. Paul Gignac, State Bar No. 125676
   Mischa N. Barteau, State Bar No. 274474
2  **ARIAS OZZELLO & GIGNAC LLP**
   115 S. La Cumbre Lane, Suite 300
3  Santa Barbara, California 93105
   Telephone:  (805) 683-7400
4  Facsimile:  (805) 683-7401
   j.paul@aogllp.com
5  mbarteau@aogllp.com

6  J.A. Ted Baer, State Bar No. 135092
   **LAW OFFICE OF J.A. TED BAER**
7  21 E. Canon Perdido Street, Suite 223
   Santa Barbara, California 93101
8  Telephone:  (805) 963-7177
   Facsimile:  (801) 730-2874
9  ted@tedbaerlaw.com

10 Attorneys for Plaintiff
   Kelly Wilson

11

12             **UNITED STATES DISTRICT COURT**

13    **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

14

15 KELLY WILSON, an individual,                Case No.  3:14-cv-01441-VC

16          Plaintiff,

17     vs.                                     **ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO DECLARATION OF MISCHA N. BARTEAU IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

18 THE WALT DISNEY COMPANY, a Delaware
   corporation; DISNEY ENTERPRISES, INC., a
19 Delaware corporation; WALT DISNEY
   PICTURES, a California corporation; WALT      Judge:   Hon. Vince G. Chhabria
20 DISNEY MOTION PICTURES GROUP, INC.,          Date:    April 9, 2015
   a California corporation; and DOES 1 through Time:    10:00 a.m.
21 25, inclusive,                               Ctrm:    4

22          Defendants.

23

24

25

26

27

28

---

**ADMIN. MOTION TO SEAL EXHIBITS TO DECLARATION OF MISCHA N. BARTEAU**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

*ARIAS OZZELLO & GIGNAC LLP*

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT, pursuant to Local Rules 79-5 and 7-11, Plaintiff Kelly Wilson ("Plaintiff") submits this Administrative Motion to Seal the following exhibits to the Declaration of Mischa N. Barteau in Support of Plaintiff's Motion for Partial Summary Judgment: 1, 20-41, 43-52 and 54-67.

Plaintiff submits this Administrative Motion solely in deference to the confidentiality designations made by Defendants in this action under the Confidentiality Stipulation and Protective Order (Doc. 47) entered by the Court in this action. Defendants have asserted confidentiality as to almost all documents produced by Defendants in this action and as to the entirety of most of the depositions taken by Plaintiff in this action. By filing this Administrative Motion, Plaintiff neither concedes nor supports the sealing of the documents as to which Defendants have asserted confidentiality. Rather, Plaintiff submits that sealing should not be considered by the Court absent a clear, compelling and convincing reason to except these documents from the general rule that judicial records are public records. *See In re NVIDIA Corp. Derivative Litigation No. 125*, 2008 WL 1859067, at *3 (N.D. Cal. 2008).

Dated: March 5, 2015                    ARIAS OZZELLO & GIGNAC LLP

                                        By: _____
                                        J. Paul Gignac
                                        Mischa N. Barteau

                                        LAW OFFICE OF J.A. TED BAER
                                        J.A. Ted Baer

                                        Attorneys for Plaintiff
                                        Kelly Wilson

ARIAS OZZELLO & GIGNAC LLP

ADMIN. MOTION TO SEAL EXHIBITS TO DECLARATION OF MISCHA N. BARTEAU
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT