J. Paul Gignac, State Bar No. 125676
Mischa N. Barteau, State Bar No. 274474
**ARIAS OZZELLO & GIGNAC LLP**
115 S. La Cumbre Lane, Suite 300
Santa Barbara, California 93105
Telephone:  (805) 683-7400
Facsimile:   (805) 683-7401
j.paul@aogllp.com
mbarteau@aogllp.com

J.A. Ted Baer, State Bar No. 135092
**LAW OFFICE OF J.A. TED BAER**
21 E. Canon Perdido Street, Suite 223
Santa Barbara, California 93101
Telephone:  (805) 963-7177
Facsimile:   (801) 730-2874
ted@tedbaerlaw.com

Attorneys for Plaintiff
Kelly Wilson

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY WILSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; WALT DISNEY PICTURES, a California corporation; WALT DISNEY MOTION PICTURES GROUP, INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.  3:14-cv-01441-VC<br><br>**EXPERT WITNESS REPORT OF MAUREEN FURNISS, PH.D. IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:   Hon. Vince G. Chhabria<br>Date:    April 9, 2015<br>Time:    10:00 a.m.<br>Ctrm:    4 |

ARIAS OZZELLO & GIGNAC LLP

1   Plaintiff Kelly Wilson submits the attached "Analysis and Comparison of Kelly
2   Wilson's *The Snowman* and Disney's *Frozen* Teaser Trailer," prepared by Maureen Furniss,
3   Ph.D., in support of Plaintiff's Motion for Partial Summary Judgment in this action.

4   Dr. Furniss' report is being offered as expert witness testimony in connection with
5   Plaintiff's Motion for Partial Summary Judgment pursuant to Rule 702 of the *Federal Rules of Evidence*.

6   "In copyright infringement cases, liability experts may opine as to similarities that
7   are probative of copying if their testimony will aid the trier of fact in understanding the
8   evidence." *R.F.M.A.S., Inc. v. Mimi So*, 748 F. Supp. 2d 244, 284 (S.D.N.Y. 2010) (citing
9   *Castle Rock Entm't v. Carol Publ'g Group*, 150 F.3d 132, 137 (2d Cir. 1998)). Generally,
10  a court considers expert testimony in order to perform the "analytical dissection" of a work
11  under the extrinsic test. *Williams v. Bridgeport Music, Inc.*, 2014 U.S. Dist. LEXIS
12  182240, 52-54 (C.D. Cal. Oct. 30, 2014). "'Analytical dissection' requires breaking the
13  works 'down into their constituent elements, and comparing those elements for proof of
14  copying as measured by substantial similarity.' Because the requirement is one of
15  substantial similarity to protected elements of the copyrighted work, it is essential to
16  distinguish between the protected and unprotected material in a plaintiff's work." *Id.*
17  (quoting *Swirsky v. Carey*, 376 F.3d 841, 845 (9th Cir. Cal. 2004)).

Dated: March 5, 2015                         ARIAS OZZELLO & GIGNAC LLP

                                             By: _____
                                                 J. Paul Gignac
                                                 Mischa N. Barteau

                                             LAW OFFICE OF J.A. TED BAER
                                             J.A. Ted Baer

                                             Attorneys for Plaintiff
                                             Kelly Wilson

18
19
20
21
22
23
24
25
26
27
28

ARIAS OZZELLO & GIGNAC LLP

**EXPERT WITNESS REPORT OF MAUREEN FURNISS, PH.D.
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# ANALYSIS AND COMPARISON OF
# KELLY WILSON'S *THE SNOWMAN*
# AND
# DISNEY'S *FROZEN* TEASER TRAILER

REPORT BY MAUREEN FURNISS, PH.D.

*Prepared for:*
***KELLY WILSON vs. THE WALT DISNEY COMPANY, ET AL.***
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
CASE NO. 3:14-cv-01441-VC

*Prepared by*:
Maureen Furniss, Ph.D

## Introduction

This report sets forth my analysis and identification of the original elements of Kelly Wilson's short animated film *The Snowman* and a comparison of those original elements to the teaser trailer for Disney's feature length animated film *Frozen*.  It is my conclusion after comparing Disney's *Frozen* teaser trailer to Wilson's short film that Disney's *Frozen* teaser trailer copies original elements expressed in Wilson's *The Snowman*.

My professional opinion, which is based on my comprehensive examination and analysis of Kelly Wilson's short film *The Snowman* (2010) (also referred to as "Wilson's Short Film") in comparison to Disney's teaser trailer for its feature animated film *Frozen (*2013) (also referred to as "Disney's Teaser Trailer"), is that Wilson's Short Film is a unique work with original elements, and that Disney's Teaser Trailer contains elements that are strikingly similar to the original elements in Wilson's Short Film, indicating that Disney copied the original elements of Wilson's Short Film.

My opinion is informed by my twenty years of experience as an animation historian, critic, and educator; my experience on film festival selection committees and juries; and my position as the founding editor of *Animation Journal*, the first peer-reviewed scholarly journal devoted to animation history, theory and criticism.

## Credentials and Compensation

My curriculum vitae documents my professional life and is attached to this report. I have been teaching animation history for twenty years, and I am one of the founding members of the Society for Animation Studies, as well as its past president and past CEO. I am also the founding editor of *Animation Journal*, which I established in 1992.  I am the author of *Art in Motion: Animation Aesthetics* (John Libbey/Indiana University Press, 1998) and *The Animation Bible* (Laurence King/Harry N. Abrams, 2008), and I have edited other animation-related books as well.  I have lectured on animation internationally and my essays have appeared in many animation-related anthologies.  I have extensive experience as an external reviewer of graduate work and tenure reviews. I have been an external reviewer of several animation programs, and I have been on numerous film festival selection committees and juries.  I have degrees in film production, as well as a Ph.D. in Critical Studies from the USC School of Cinematic Arts.  My billing rate for this case is $350 per hour for all work performed including any time spent testifying at trial or at a deposition.

**Materials Reviewed**

- Kelly Wilson's *The Snowman*  (USA, 2010) at
  https://www.youtube.com/watch?v=PJ6c7RLV8ew

- Disney's *Frozen* Teaser Trailer (USA, 2013) at
  https://www.youtube.com/watch?v=S1x76DoACB8

- *Frosty the Snowman* (USA, directed by Jules Bass and Arthur Rankin, Jr., 1969) at
  https://www.youtube.com/watch?v=zAGcYuZsrzQ and
  https://www.youtube.com/watch?v=DASXsUuP3zw

- *The Snowman* (UK, directed by Dianne Jackson, 1982) at
  https://www.youtube.com/watch?v=HHCZhUZXhZU

- *Der Schneemann* (Germany, directed by Hans Fischerkoesen, 1944) at
  https://www.youtube.com/watch?v=IA6fIT0aZQs

- The Complaint filed in this case

- Disney's Motion to Dismiss the Complaint

- Wilson's Opposition to Disney's Motion to Dismiss the Complaint

- Disney's Reply in Support of Motion to Dismiss

- The Order on Disney's Motion to Dismiss

**Overview of My Report**

My report is divided into five parts:

1. An overview of the history of animation (pages 4-5);

2. An explanation/analysis of the original elements of Kelly Wilson's short film *The Snowman*, in comparison with two well-known animated films about snowmen to confirm the originality of Wilson's Short Film (pages 6-11);

3. An explanation/analysis of a little-known German animated film entitled *Der Schneemann* (*The Snowman*, directed by Hans Fischerkoesen, 1944) in comparison to the original elements of Kelly Wilson's short film *The Snowman* for further confirmation of the originality of Wilson's Short Film (pages 12-15);

4. An explanation/analysis of how Disney's *Frozen* teaser trailer reproduces the original elements expressed in Kelly Wilson's short film *The Snowman* (pages 16-29); and

5. My Case Opinions and Conclusions (page 30).

## Background and History of Animation

Motion pictures are generally divided into two often overlapping types: live-action and animation. Whereas live-action encompasses real-time performance and characters created by performers who are live and existing in the real world, animation is characterized by both actions and characters that are fabricated, moving frame by frame under the direction of a person who brings still entities to life. In the minds of most people and certainly animators themselves, the animated image is an art that is created frame by frame, the product of labor and artistry, much like a painting or sculpture. In fact, animation is composed of a number of still images—one might say a collection of paintings or sculptures. Each image is slightly modified and therefore unique, but when they are ultimately recorded in sequence as a group they create the illusion of unified animated movement. Sometimes these movements are reused as "cycles" of movement, as in a "walk cycle," within a production or even from work to work, especially when time or cost is a consideration. Other times, every image in a production is used only once.

In composing their images, animators have at times relied on the use of reference footage in various ways. In the 1910s, one of the most important figures in American animation, Max Fleischer, patented a process known as rotoscopy. This process involves the filming of live performers and using those images, frame by frame, as the basis for development of drawings that are then filmed to create animation. Rotoscopy has been used in many contexts throughout history. At Disney, in its early years especially, a great deal of time was devoted to studying reference footage and using it to greater or lesser extents in creating animated sequences. Often, these films were studied to see how other artists handled movement. The early impact of reference footage on the studio's production can be found in its first feature, *Snow White* (1937), in the different ways that the film's characters look and move. These variations are due in part to the influence of the animator who transcribes the original footage into drawings, as well as some conventions of animation that became closely identified with the Disney studio, but also informed the development of animation on a much larger scale.

Although the creative process of animation flows through the mind and hand of an artist, there have been well-recognized rules for creating animation that have influenced its production. Some of the best-known criteria have been in the form of the "12 principles of animation" that grew out of the Disney studio in the 1930s. These principles eventually were solidified and widely transmitted in the writing of two of Disney's "Nine Old Men," Frank Thomas and Ollie Johnston, in their book *The Illusion of Life*, which was first published in 1981 and has since been republished more than once. This book details the development of Disney aesthetics, including the studio's use of reference footage. It also clearly elucidates the 12 principles, such as "squash and stretch" and the significance of "timing" and "exaggeration" to create meaning in a work.

Although these principles were designed for traditional drawn animation, they have been widely employed in computer-generated ("CG") animation as well. In fact, the ability to bring these principles into CG animation is arguably one of the reasons why Pixar was a break-through studio, first with a series of short films created between 1984 (when it was still under George Lucas' Graphics Group) and 1989, and later with *Toy Story*, the first completely CG animated feature, released in 1995. This film was directed by John Lasseter, who had practiced the 12 principles as a student at California Institute of the Arts and later applied them in his early career as a Disney animator.

## <u>Unique Expression in Kelly Wilson's *The Snowman*</u>

Snowmen have been common subjects of animated short films made prior to Wilson's Short Film. However, Wilson's Short Film represents a unique expression of ideas in relation to plot, characters, sequence of events, scenes, situations, setting, editing, pace, framing, and overall concept and feel, in addition to other aspects of Wilson's Short Film. The originality of Wilson's Short Film is also demonstrated by its success at film festivals, where it received validation from a varied group of professionals. Wilson's Short Film would have been selected for screenings and a prize only if it were seen as a unique expression, reflecting a unique creative vision.

The original elements in Wilson's Short Film are made clear when the Short Film is contrasted with two well-known, iconic films (the "Iconic Films") centering on an animated snowman that have been seen by millions of viewers over a period of many years:

- *Frosty the Snowman* (USA, directed by Jules Bass and Arthur Rankin, Jr., 1969)

- *The Snowman* (UK, directed by Dianne Jackson, 1982)

## <u>Original Elements Expressed in Kelly Wilson's *The Snowman*</u>

**Plot:**

The plot of Wilson's Short Film runs 4 minutes in length, while the Iconic Films both run about 26 minutes in length. Due to the difference in length, the longer Iconic Films are able to develop relatively complex narratives involving a number of characters, while Wilson's Short Film develops one central action involving few characters.

Wilson's Short Film progresses as follows:

- at the start of the film, a snowman, the protagonist of the film, appears in a snowy clearing in the woods

- the snowman has a physical problem (difficulty bending over combined with arms that are a bit short) that causes him to lose his carrot nose

- his nose comes to rest in the middle of a frozen pond

- the carrot's position is halfway between the snowman and an animal antagonist who sits on the far side of the pond and wishes to get the carrot, presumably to eat it

- the snowman and the animal antagonist try their hardest to get to the carrot before the other

- as part of his effort, the snowman uses sticks

- a musical score, and crosscutting: moving back and forth from the snowman to the animal antagonist, heighten the suspense and comedy as the characters approach the carrot

- the snowman and the animal antagonist arrive at the carrot at the same time

- the snowman briefly gains control of the carrot

- through the action of the snowman, the animal antagonist ends up with the carrot

- the snowman realizes that his carrot is likely to be eaten

- in a surprise move, the animal antagonist returns the nose to the snowman

- it is clear that the snowman appreciates that the animal antagonist has returned the carrot to him

- the snowman gains a deeper understanding of the animal antagonist's personality

The plots of the two Iconic Films are completely different. Some critical differences include:

- the snowmen in the Iconic Films are built by children

- the children interact with the snowmen, who magically come to life

- some sort of journey occurs

- Santa is involved

- at some point the snowmen melt or otherwise disappear

**Characters/Snowman:**

In respect to character design—especially the plumpness of the body, the shape of the head, and the form of the arms—the snowman in Wilson's Short Film is completely different from the snowmen in the two Iconic Films.

The snowman in Wilson's Short Film has:

- a thin build

- a head that is diamond shaped

- stick arms and hands

- a carrot nose

The snowmen in the Iconic Films have:

- a plump body

- a round head

- snowy, white arms with rounded "paw" or "mitten" type hands, giving them more dexterity than twigs

- a rounded "button" type nose, not made of a carrot

**Characters/Supporting:**

Supporting characters in Wilson's Short Film include:

- relatively few supporting characters (a bird and a group of rabbits)

- all animals

- an antagonist in competition with the snowman

Supporting characters in the Iconic Films include:

- an ensemble cast

- humans and some animals

- no direct antagonist in competition with the snowman

**Sequence of Events:**

The sequence of events in Wilson's Short Film is centered on competition over the snowman's body part (his carrot nose), whereas the sequence of events in the Iconic Films includes sequences that build a more complex plot. The sequence of events is completely different between Wilson's Short Film and the Iconic Films.

Wilson's Short Film can be viewed as expressing a three-act structure:

Act 1:   introduction of the problem: the snowman loses his carrot nose in the middle of a frozen lake and then realizes he has trouble walking on the ice; his antagonist is faced with the same problem

Act 2:   the antagonist devises a method to traverse the ice; the snowman does the same and gets his carrot nose back

Act 3:   the snowman loses his nose to the antagonist but unexpectedly gets it back; the viewer learns something new about the antagonist

The central action in Wilson's Short Film focuses on the loss of the snowman's carrot nose and his attempt to retrieve it. The snowmen in the Iconic Films do not even have carrot noses.

The action in Wilson's Short Film is contained within a bookend structure:  a bird that appears in the beginning, middle, and end of Wilson's Short Film plays a role in initiating the action of the story, but the real "dilemma" that launches the story is the snowman's physical state—the snowman's arms are too short and he has trouble bending over.

The Iconic Films do not have a bookend structure.  Instead, the Iconic Films are structured around various events forming a complex narrative. In general, the sequence of events is as follows:

- children build a snowman

- adults impinge on the children's world of fantasy

- the children accompany the snowman on a journey

- Santa Claus is introduced into the story to bring or restore happiness

- the children experience sadness at seeing the snowman disappear

**Scenes:**

There is one extended scene in Wilson's Short Film, but multiple scenes in the two Iconic Films.

**Situations:**

The situations in Wilson's Short Film find no parallel in the Iconic Films.

In Wilson's Short Film:

- the snowman already exists when the film begins

- the snowman has to retrieve his carrot nose

- the action takes place in one location

- the snowman is never in actual peril, but he does experience distress

In the Iconic Films:

- the snowman is built by one or more children

- a magical journey takes the group to multiple locations

- the snowman succumbs to peril, but is never shown experiencing distress

**Setting:**

There is only one setting in Wilson's Short Film:

- the ice of a frozen lake, surrounded by woods

The Iconic Films take place in varied locations:

- a town

- a home

- countryside

- the North Pole

**Editing:**

Wilson's Short Film and the Iconic Films employ conventional methods of continuity editing. However, the editing of Wilson's Short Film differs from the Iconic Films in that it includes an approach known as cross-cutting to create suspense and comedy in Act 2, the middle portion of the film, where the snowman and the animal antagonist begin their treks across the ice.

**Pace:**

The pace of Wilson's Short Film is much quicker than that of the Iconic Films. Each Iconic film includes shots averaging around ten seconds in length, but Wilson's Short Film includes numerous shots that are three seconds or under. This pace contributes to the humor of Wilson's Short Film.

**Framing:**

Wilson's Short Film uses framing to demonstrate the central plot of the film: the competition for the carrot. This is accomplished by:

- an over the shoulder shot of the snowman in the foreground, with the carrot in the middle ground, and the animal antagonist in the background

- a close shot of the carrot on the ice, isolating it as the object of the competition

There is no equivalent in the Iconic Films because there is no similar use of framing to demonstrate the central plot.

**Overall Concept and Feel:**

The overall concept and feel of Wilson's Short Film is:

- focus on gag structure

- physical comedy

The overall concept and feel of the Iconic Films is:

- development of narrative primarily

- fantasy and drama

### *Der Schneemann* Compared to Wilson's Short Film

As an initial matter, it should be noted that *Der Schneemann* (also referred to as the "German Film") has been the subject of academic scholarship as an example of Nazi-era animation, but that it would be known to a relatively small group of people, especially outside of Germany. I include it here for comparison purposes because it is another animated short film that centers the plot around a snowman.

**Plot:**

In the German Film, the snowman's wish to experience the month of July ends with him melting into a field. In contrast, Wilson's Short Film is about a struggle against an animal antagonist, and the snowman does not melt.

**Characters/Snowman:**

The significant differences in the character design of the snowman depicted in Wilson's Short Film as compared to the German Film are as follows:

- the snowman's body shape

- the snowman's head shape

- the snowman's arms of twigs

The German Film follows the traditional model of a plump snowman, with legs and a body made from balls of snow. Significantly, this snowman has snowy, white arms with rounded "paw" or "mitten" type hands, giving him dexterity that twigs would not allow.  In addition, the German Film snowman has large drawn eyes, a line mouth, and coal buttons.  The only two minor similarities between the snowman in the German Film and the snowman in Wilson's Short Film are: (i) a brief appearance as a drippy thin body which is not his normal state of being and he is soon back to normal with a rotund body (after rolling down a slope); and (ii) his carrot nose.  However, as I will describe below, the role of the carrot nose in the German Film is entirely different in contrast to Wilson's Short Film.

**Characters/Supporting**:

- There is no antagonist in the German Film that functions as a direct rival to the snowman in competition for an object, as in Wilson's Short Film.

- The snowman in the German Film runs into animal, bird, and insect creatures that all initiate brief gags and serve different plot functions than the animals in Wilson's Short Film.

- At one point, a rabbit briefly nibbles the snowman's carrot nose, but this incidental character is not an antagonist because it moves away from the carrot easily and meekly, whereas in Wilson's Short Film a fat rabbit serves as a determined antagonist, in competition with the snowman, and is central to the plot of Wilson's Short Film.

- In the German Film, the animals, including the rabbit, appear only briefly.

**Sequence of Events**:

- Competition over the snowman's body part (his carrot nose) is the central structuring element in the events of Wilson's Short Film, but there is no equivalent in the German Film.

**Scenes**:

- Wilson's Short Film is essentially one extended scene, while the German Film (like the Iconic Films) is longer and incorporates multiple scenes and story lines.

- The entire storyline of Wilson's Short Film involves competition between the snowman and an antagonist, and that is not the case in the German Film.

**Situations**:

- The situations in Wilson's Short Film have no parallel in the German Film.

- In Wilson's Short Film: the central action focuses on the snowman's loss of his carrot nose and his attempt to retrieve it. In the German Film, after ice skating, the snowman falls into an icy lake, and his carrot nose is dislodged, but he emerges from the hole and re-applies his nose very quickly and continues on his journey.

- In Wilson's Short Film, the struggle between the snowman and the carrot takes up essentially all of the film's 4-minute running time.  In the German Film, the snowman is sleeping and a rabbit tries to nibble his nose, but the snowman wakes up and sends him on his way. This action takes less than 30 seconds of a 12-minute film.

- While it is not surprising that a rabbit would nibble a carrot, the way the situation is depicted is completely different in the two films.  In Wilson's Short Film, the rabbit is highly competitive.  In the German Film, the rabbit stalks the snowman at night and meekly goes away after being caught in the act; he never fights the snowman for the carrot.

**Setting**:

- There is only one setting in Wilson's Short Film: the story takes place on the ice of a frozen lake, surrounded by woods.

- In the German Film, there are multiple scenes, which include, briefly, a frozen lake, where the snowman skates quite well, not slipping at all, until the ice suddenly breaks and he falls in.

**Editing**:

- Wilson's Short Film uses the technique of cross cutting in the middle of its story to create suspense and humor. There is no equivalent in the German Film.

- The dilemma confronting the snowman in Wilson's Short Film is illustrated through a shot that shows the carrot in the middle ground and the animal antagonist in the background. This exaggerated, funny deep space shot has no equivalent in the German Film.

**Pace**:

- The pace of Wilson's Short Film quickens during the central action: a race to get the carrot.

- In contrast, the German Film is much longer in running time and develops a series of plot points through longer takes (the timing of individual shots) that build a complex narrative.

**Framing**:

- Wilson's Short Film uses framing to create comedy and heightened emotion, using medium shots and close-ups to capture the reactions of the snowman and the rabbits who scheme against him. The central conflict of Wilson's Short Film is highlighted with a close shot of the carrot alone on the ice.

- There is no equivalent object identified in the German Film.

**Overall Concept and Feel**:

- Wilson's Short Film is a physical comedy that achieves suspense and humor through editing and character development.

- The German Film is designed quite differently and therefore does not share the same overall concept and feel.

- The German Film allows the viewer to experience the joyous life of an adventurous snowman, who is willing to follow his dream, no matter the consequences.  This snowman is granted his wish to experience July.  In the German Film (as in the Iconic Films), the snowman melts at some point and eventually departs, and so viewers experience the loss of the central character.

- The snowman in Wilson's Short Film is never in peril of death, although he is afraid he may lose his nose.

### Similarities between Wilson's Short Film and Disney's Teaser Trailer

My above analysis demonstrates the many unique elements in Kelly Wilson's short film *The Snowman* in comparison with three films focusing on a central snowman character. I will now analyze the similarities between Disney's Teaser Trailer and Wilson's Short Film, with respect to the original elements of Wilson's Short Film, including plot, characters, sequence of events, scenes, situations, setting, editing, pace, framing, and overall concept and feel.

**Plot:**

Both Wilson's Short Film and Disney's Teaser Trailer are constructed with a series of gags that build to a central action, which is a confrontation between a snowman and an animal antagonist on ice in an effort to get a carrot nose.

The two films progress as follows:



- in both Wilson's Short Film and Disney's Teaser Trailer, a snowman, the protagonist of both films, appears in a snowy clearing in the woods



- the snowman has a physical problem that causes him to lose his carrot nose

  - Wilson's Short Film: relatively short arms and difficulty bending over

  - Disney's Teaser Trailer: allergies



- the snowman's nose comes to rest in the middle of a frozen pond in both Wilson's Short Film and Disney's Teaser Trailer



- the carrot's position is halfway between the snowman and the animal antagonist, who sits on the far side of the pond and eyes the carrot, presumably because he wants to eat it:

  - Wilson's Short Film: the antagonist is a fat brown rabbit

  - Disney's Teaser Trailer: the antagonist is a brown reindeer



- the snowman and the animal antagonist try their hardest to get to the carrot before the other; as part of his effort, the snowman uses sticks:

  - Wilson's Short Film: skis and poles

  - Disney's Teaser Trailer: a pole



- a musical score and crosscutting—moving back and forth from the snowman to the animal antagonist—heighten the suspense and comedy as the characters approach the carrot:

  - Wilson's Short Film: cross cutting between the snowman and the antagonist/rabbits

  - Disney's Teaser Trailer: cross cutting between the snowman and the antagonist/reindeer

 

- the snowman and the animal antagonist arrive at the carrot at the same time:

  - Wilson's Short Film: the snowman and the fat rabbit are shown together with the carrot in between them and all eyes focused on the carrot

  - Disney's Teaser Trailer: the snowman and the reindeer are shown together with the carrot in between them and all eyes focused on the carrot

 

- the snowman briefly regains control of the carrot:

  - Wilson's Short Film: the snowman holds the carrot aloft

  - Disney's Teaser Trailer: the snowman throws the carrot aloft

- through the action of the snowman, the animal ends up with the carrot:

  - Wilson's Short Film: the snowman uses the carrot to save the rabbit

  - Disney's Teaser Trailer: the reindeer gets the carrot from the snowbank where it has landed



- the snowman realizes that his carrot is likely to be eaten:

  - Wilson's Short Film: the snowman has a blank, slightly worried expression on his face

  - Disney's Teaser Trailer: the snowman has a worried expression on his face and then looks downward, sadly



- in a surprise move, the animal antagonist returns the nose to the snowman:

  - Wilson's Short Film: the rabbit hands the carrot back to the snowman

  - Disney's Teaser Trailer: the reindeer sticks the carrot back on the snowman's face

 

- the snowman is happy that the animal antagonist returned the carrot:

  - Wilson's Short Film: the snowman smiles and holds his nose with both of his stick hands/arms extended

  - Disney's Teaser Trailer: the snowman smiles and holds his nose with both of his stick hands/arms extended

 

- the snowman appears to gain a deeper understanding of the animal antagonist's personality:

  - Wilson's Short Film: the rabbit appears thankful to be alive

  - Disney's Teaser Trailer: the reindeer is playful

**Characters/Snowman:**

The snowman in both Wilson's Short Film and the Teaser Trailer has:

- a thin build

- a head that is diamond shaped

- stick arms and hands

- a carrot nose

In addition, neither snowman is named (the viewer would not have known their names at the time Wilson's Short Film and Disney's Teaser Trailer were first screened).

**Characters/Supporting:**

The supporting characters in both Wilson's Short Film and Disney's Teaser Trailer are few in number and similar:

- all animals:
    - Wilson's Short Film: a bird, three similarly designed small rabbits, one fat rabbit
    - Disney's Teaser Trailer: a reindeer

- an animal is the unnamed antagonist in competition with the snowman during the majority of the film:
    - Wilson's Short Film: the rabbits who work in unity and ultimately just the fat rabbit
    - Disney's Teaser Trailer: the reindeer

**Sequence of Events:**

The sequence of events in both Wilson's Short Film and Disney's Teaser Trailer is centered on competition over the snowman's carrot nose.

Although Wilson's Short Film runs 4 minutes and the Teaser Trailer runs 1.5 minutes, they both can be viewed in a three-act structure. Each act takes up roughly one-third of each film's running time:

> Act 1:   introduction of the dilemma: the snowman loses his nose onto a frozen lake and when he tries to retrieve the carrot nose he realizes he has trouble walking on the ice; the animal antagonist is faced with the same problem

> Act 2:   the animal antagonist devises a method to traverse the ice; the snowman does the same and retrieves his nose

> Act 3:   the snowman loses his nose to the animal antagonist but unexpectedly gets it back, and the viewer learns something new about the animal antagonist

In both Wilson's Short Film and Disney's Teaser Trailer, the dilemma or conflict that launches the story is brought about by the snowman's physical state:

- Wilson's Short Film: the snowman has trouble bending over and his arms are relatively short

- Disney's Teaser Trailer: the snowman has allergies and sneezes

The sneeze in Disney's Teaser Trailer functions as a bookend in the film's storytelling, beginning and ending the action. This action is parallel to the bookend in Wilson's Short Film, where a bird's entry into the scene functions in the same manner, beginning and ending the action.

**Scenes:**

Both films consist of one scene, extended through the use of gags.

**Situations:**

There are similarities between the situations in Wilson's Short Film and Disney's Teaser Trailer.  In some instances, the characters even have the same expressions in similar situations. Some situations also occur at about the same time, relative to the overall running time of each film. The similarities include:

- the snowman already exists when the film begins:

  - Wilson's Short Film: the snowman is standing in the snowy clearing in some woods

  - Disney's Teaser Trailer: the snowman walks into a snowy clearing in some woods

- the snowman has to retrieve his carrot nose:

  - Wilson's Short Film: the carrot falls off after a bird lands on it; the snowman can't bend over very well and his arms are too short to get it; as a result, he pushes it down a slope and it slides across a frozen lake

  - Disney's Teaser Trailer: the carrot falls off after the snowman sneezes, sending it sliding across a frozen lake

- the action takes place in one location, a snowy clearing in some woods, where there is a frozen lake

- the snowman is never in actual peril, but it does experience distress:

  - Wilson's Short Film: the snowman has an unhappy face when the fat rabbit attempts to get the carrot and he appears worried after he saves the rabbit with the carrot; however, the carrot is returned

  - Disney's Teaser Trailer: the snowman has an unhappy face when he sees the reindeer start after the carrot and he realizes the reindeer will get the carrot; however, the carrot is returned

- the snowman's concern about the carrot is demonstrated through the same facial expression at relatively the same point in the action of the film:

  - eyebrows downturned

  - mouth in a downward arc

- face at a three-quarter view ( ¾ of his face is toward the audience), and looking screen right.

  - Wilson's Short Film: at about the 1 minute mark (about ¼ through the Film)

  - Disney's Teaser Trailer: at about the 30 second mark (about ¼ through the Teaser Trailer)



- within the next few seconds after each snowman shows his concern about the carrot, each snowman's concern about traction problems on the ice is demonstrated through the same expression:

  - their mouths are again faced downward, but  this time in a slightly open manner, with the pupils in the eyes facing downward,

  - the buttons on both snowmen are lined up at the far right side of their bodies, and

  - their stick arms are all slightly elevated, in an effort to balance.

  - Wilson Short Film: at about 1 minute (¼ through the Film)

  - Disney Teaser Trailer: at about 30 seconds (¼ through the Trailer)



These two frame comparisons illustrate another example of the extraordinary similarity of Disney's Teaser Trailer snowman to Wilson's Short Film snowman:

- both snowmen have the identical facial expressions in the first frame comparison, and,

- in the second frame comparison, both snowmen have the identical pose in the use of their arms to balance, as well as the identical facial expression.

- the snowman in both Wilson's Short Film and Disney's Teaser Trailer devises a solution to his problems at almost the exact midpoint of the two films:

  - Wilson's Short Film: at approximately 2 minutes (the halfway point of Wilson's Short Film), the snowman is standing on a slope displaying his solution: sticks turned into skis and poles

  - Disney's Teaser Trailer: At 45 seconds (the halfway point of the Teaser Trailer), the snowman disengages his body and ultimately uses only his head to get near to the carrot

- the snowman gets control of the carrot but in some manner loses it again, in both cases signaling the start of the Third Act:

  - Wilson's Short Film: at about 3 minutes into the 4-minute Short Film

  - Disney's Teaser Trailer: at 1 minute into the 1.5 minute Teaser Trailer

- details about the antagonist animal are revealed at the very end of Wilson's Short Film and Disney's Teaser Trailer:

  - Wilson's Short Film: about 25 seconds before the end of the 4-minute Short Film, the rabbit turns around and reveals it is grateful for being alive

  - Disney's Teaser Trailer: about 10 seconds before the end of the 1.5 minute Teaser Trailer, the reindeer is revealed to be playful, almost dog-like

**Setting:**

There is only one setting in Wilson's Short Film and Disney's Teaser Trailer: the ice of a frozen lake, set within snowy woods.

**Editing:**

Both Wilson's Short Film and Disney's Teaser Trailer employ methods of continuity editing throughout. Within their editing, the technique of cross-cutting is used similarly in both films to create suspense and comedy in Act 2, the middle portion of each film, where the protagonist snowman and the animal antagonist begin their treks across the ice.

**Pace:**

The pace of both Wilson's Short Film and the Disney Teaser Trailer is similar. Both films contain relatively long establishing shots of about 10 seconds or more, but the majority of shots on each film are under 5 seconds in length, many of them timed at 1, 2, or 3 seconds.

**Framing:**

Both Wilson's Short Film and Disney's Teaser Trailer use framing to demonstrate the central theme of the film: the competition for the carrot. This demonstration is accomplished at the same relative time in each film by:

- a shot with deep space, depicting the carrot in the middle ground, and the animal antagonist in the background
  - Wilson's Short Film: at about the 1 minute mark
  - Disney's Teaser Trailer: at about the 30 second mark



**Overall Concept and Feel:**

Wilson's Short Film and Disney's Teaser Trailer are essentially the same in terms of their overall concept and feel. Both films can be described in terms of:

- gag structure

- physical comedy

**Case Opinions and Conclusions**

The following opinions are based on my experience, training, education, and analysis of Kelly Wilson's *The Snowman* and Disney's *Frozen* Teaser Trailer.

1. Wilson's *The Snowman* contains many elements that are original.  Wilson's *The Snowman* as a whole presents a unique expression of ideas.

2. Disney's Teaser Trailer for its feature film *Frozen* has striking similarities to the original elements expressed in Wilson's *The Snowman*.

3. The striking similarities between Disney's *Frozen* Teaser Trailer and the original elements of Wilson's *The Snowman* indicate that Disney's *Frozen* Teaser Trailer copied the original elements of Wilson's *The Snowman*.

4. The striking similarities between Disney's *Frozen* Teaser Trailer and Wilson's *The Snowman* indicate that Disney's *Frozen* Teaser Trailer could not have been created independently.

My work on this case is ongoing.  I anticipate reading any defense expert reports and commenting thereon.  This report may be supplemented.  The foundation of my opinions includes my education, background, experience, personal observation and analysis.  My conclusions are based on the information made available to me at the time that I prepared this report.  If any additional information is discovered or made available to me, I reserve the right to revise or supplement my report accordingly.

Maureen Furniss, Ph.D.

February 8, 2015

**Attachments**

- Curriculum Vitae (8 pages)

**MAUREEN RUTH FURNISS, Ph.D.**
20124 Zimmerman Place, Santa Clarita, CA 91390-3102 USA
Home Tel: 661-263-7545; Work Tel: 661-253-7825
URL: http://www.animationjournal.com; E-mail: mfurniss@calarts.edu

**EDUCATION**
1994 Ph.D., University of Southern California, Critical Studies/Cinema-Television (Dissertation: "Things of the Spirit: A Study of Abstract Film")
1987 M.A., San Diego State University, Telecommunications and Film
1983 B.S., San Diego State University, Telecommunications and Film

**TEACHING EXPERIENCE**
2005 - present **California Institute of the Arts**, Animation Faculty, Program in Experimental Animation; Experimental Animation Program Director (2014 to present); Admissions and Financial Aid Coordinator for Experimental and Character Animation programs (2010 to present), (full-time; histories of experimental and character animation, direct filmmaking production and history, advanced animation research, professional practices)
2005 - 2010 **University of Southern California**, Visiting Faculty (adjunct; history of visual effects; history of animation; mentor for graduate research)
2001 - 2004 **Savannah College of Art and Design**, Professor, Film and Animation (full-time; film history, television in society, online television in society, animation history, graduation project 1/concept development, introduction to web page design)
1995 - 2001 **Chapman University**, Assistant Professor, School of Film and Television (full-time, director of Film Studies program; film aesthetics, world film history, American film history, Asian cinema, science fiction, documentary, animation aesthetics, animation production, women in film and television, film theory, archival research, research techniques, online film history; thesis supervision)
2001 **University of California at Irvine**, Visiting Lecturer, Film Studies (part-time; animation aesthetics)
2000 - 2001 **Santiago Canyon Community College**, Instructor, Computer Science (part-time; internet essentials, web page design, HTML, Advanced HTML)
1998, 2000, 2001 **California State University, Fullerton**, Visiting Lecturer, Department of Art (part-time; animation aesthetics)
1997 **California Institute of the Arts**, Lecturer, Experimental Film and Video Department (part-time; animation aesthetics)
1994, 1995 **University of California at Santa Cruz**, Visiting Lecturer, Theater Arts Board (part-time; film aesthetics, science fiction film studies, animation aesthetics)
1988 – 1994 **University of Southern California**, Lecturer (Freshman Writing Program) and Graduate Teaching Assistant (Cinema/TV) (teacher of record for Freshman Composition and discussion group leader for Film Aesthetics)
1987 **San Diego State University**, Lecturer, Telecommunications and Film (introductory script writing)

**RELATED PROFESSIONAL EXPERIENCE**
various years  Outside reviewer, doctoral research
various years  Invited to serve as a nominator for awards: MacArthur Fellow, Kyoto Award
various years  Manuscript review (Indiana University Press, University Press of Mississippi,
    Edinburgh University Press, University of California Press, and others)
2013    Referee in peer review evaluations, European Research Council Executive Agency (invited
    to review research proposals)
2013    Animation Ambassador to Thailand, U.S. Embassy Thailand, US Dept. of State (one week
    lecture tour to universities in Thailand)
2012 - present External peer reviewer, Research Drivers, The School of Art, Design and Media,
    Nanyang Technological University (NTU), Singapore
2011 – Program reviewer, Sheridan College (animation program)
2009    Present Chairman of the Board (and past President), Society for Animation Studies
1999 - Present Founder/Moderator of egroups, Animation Journal, 1000+ members
1999 - 2008 Editorial Board Member, *The Moving Image* (journal of the Society for Moving
    Image Archivists)
1999 - 2003 Columnist/Reviewer, Animation World Network (regular reviewer of short form
    animation for the largest animation site on the Internet)
1997 - 2000 Content Expert, Michael Rose/Little River Productions (asked to serve as a consultant
    for a multi-part television series on animation history and aesthetics; green-lighted by The
    Learning Channel but then shelved)
1996    Consultant, Library of Congress, Genre Guide Document Update (invited to formulate
    categories pertaining to the area of animation)
1991 - present Founding Publisher/Editor, *Animation Journal* (oversee all aspects of this scholarly
    journal's publication process; now an annual, 28 issues produced)


**PUBLICATIONS**
**Books**
*Direct Film Revolution* (under contract to University of California Press)
*Animation in History* (under contract to Thames & Hudson; publication date is January 2016)
*The Animation Bible: A Practical Guide to the Art of Animating, from Flipbooks to Flash* (New
York/London: Harry N. Abrams/Laurence King, 2008). Invited publication. Also published in
Mandarin. Winner, 2009 McLaren-Lambart Award for best animation scholarship (Society for
Animation Studies)
Animation: Art and Industry (New Barnet, England: John Libbey, 2009. Edited anthology.
*Conversations with Comic Artists: Chuck Jones* (University Press of Mississippi; will be
published in Spring 2005). Invited to edit this anthology of interviews.
*Art in Motion: Animation Aesthetics* (Bloomington/Sydney: Indiana University Press/John Libbey,
1998). Second printing in 1999. Also published in Korean.


**Invited Reference Articles**
"Stereoscopic Animation," in Giannalberto Bendazzi, *Cartoons* (revised edition in progress)
"Austrian Animation and the Fine Arts," in Carmen Garzón and Alejandro R. González, *Señas de
Identidad: Reflexiones sobre el arte de la animación* (Cordoba: Universidad Nacional de villa
María, 2011), 35-43.
"Animation," in ed. Dieter Daniels and Sandra Naumann, *Audiovisuology* (Cologne: Ludwig

Boltzmann Institute Media.Art.Research, 2010), 32-41 (published both as a Web platform and in book form; part of the project "See this Sound," prepared in conjunction with the Linz09 European Capital of Culture),
"Art Animation," in ed. Graeme Harper, Ruth Doughty, and Jochen Eisentraut, *Sound and Music in Film and Visual Media* (New York: Continuum, 2009)
"Animation," *World Cinema* (Chinese journal), 2007
"Animation," *Handbook of American Popular Culture*, ed. Dennis Hall and M. Thomas Inge (third ed., forthcoming from Westport, CT: Greenwood Press), invited 10,000 word essay
"Film: Animation," *Encyclopedia of Violence in the United States* (New York: Charles Scribner's Sons, 1999), invited contribution
"Animation" (2,500 word overview, revised in 2002), "Osamu Tezuka," "Chuck Jones," "Max Fleischer," "Jirí Trnka," and "Hanna-Barbera," invited to write entries for the *Encarta Encyclopedia* (Microsoft Corporation, 1996 and 1997)

**Published Essays**
"Art in Animation," *Die Kunst des Einzelbilds: Animation in Österreich – 1832 bis heute*, ed. Sabine Groschup, Mara Mattuschka, and Thomas Renoldner (Vienna: Film Archiv Austria, 2010)
"BabyTV: Television Programming for the Very Young," *Animation Journal* 16 (2008).
"George Griffin: l'indépendance d'esprit du cinéma d'animation new yorkais," in ed. Pierre Floquet, *CinémAnimationS* (Condé-sur-Noireau: Corlet Publications 2007).
"Sound and the Silent Film," *American Silent Film: Discovering Marginalized Voices*, ed. Gregg Bachman and Thomas J. Slater (Carbondale, IL: Southern Illinois University Press, 2002)
"Motion Capture: An Overview," *Animation Journal* 8:2 (Spring 2000)
"Adapting Alice: Two Contexts," *Art and Design* (March 1997)
"Animation and Color Key: The Career of Phyllis Craig," *Animation Journal* 5:1 (Fall 1996)
"What's So Funny about Cheese? and other Dilemmas: The Nickelodeon Television Network and Its (Female) Producers," *Animation Journal* 2:2 (Spring 1994)

**Other Publications**
"Review: The Chess Player," *The Moving Image* (Fall 2003/Winter 2004)
"Fresh from the Festivals," semi-monthly short film review for Animation World Network online magazine (October 1999 to 2002)
"Animation Review: Sunrise over Tiannanmen Square," reprint of Animation World Network review by invitation of the artist, Wang Shui Bo, for publication accompanying an exhibition of his work at Oakville Galleries in Gairloch Gardens, Canada (Fall 2001)
"Shrek and the Art of Debunking Fairy Tales," Animation World Network online magazine (June 2001)
"Studio Supported Personal Films," Animation World Network online magazine (May 1999)
"Animation Review: Sunrise over Tiannanmen Square," Animation World Network electronic magazine (April, 1999)
"Walt Disney and the 'Alice Comedies'" and "The Fleischer Studio and Modeling," invited introductions for AFI OnLine Cinema (1997)
"Review: Dreamland Japan: Manga's Paradise," Animation World Network online magazine (July 1997)
"Confessions of a Festival Juror," Animation World Network online magazine (January 1997)
"Festival Review: Zagreb," Animation World Network online magazine (July 1996)

"Picturing Women . . . in Animation," Ottawa 1996 festival program
"A Brief History of Women in Animation," invited to write an essay (along with a number of people who are well known in the field of animation) for *The Complete Guide to Animation and Computer Graphics Schools*, ed. Ernest Pintoff (New York: Watson-Guptill, 1995)
"The Personal Side of Ernest Pintoff, Filmmaker," Ottawa 1994 festival program
"Reconciling Art, Music, and Machinery: An Interview with John Whitney," Scratching the Belly of the Beast: Cutting-Edge Media in Los Angeles, 1928-94 exhibition catalogue, produced by the Los Angeles FilmForum (February-March 1994)
"Scratching the Belly of the Mouse: Independent Animation in the Los Angeles Area," Scratching the Belly of the Beast: Cutting-Edge Media in Los Angeles, 1928-1994 exhibition catalogue, produced by the Los Angeles FilmForum (February-March 1994)
"Book Review: Women & Animation," *Film History* 5:2 (June 1993)
"Sex with a Hard (Disk) On: Computer Bulletin Boards and Pornography," *Wide Angle* 15:2 (April 1993)
"Hand Slapping in Hollywood: The Production Code's Influence on the 'Lubitsch Touch,'" *Spectator* 11:1 (Fall 1990)
"Book Review: Experimental Animation," *Animation Magazine* 2:1 (Summer 1988)

**Invited Animation**
*Doggie Gets a Snack* (animation loop), featured on ASIFA.net, the homepage of the International Society for Animation Film, September 1999 (mine is the third animation featured on this site, which highlights the work of animators from across the world in a section called "stART")

**LECTURES: CONFERENCE PAPERS, PANELS and PRESENTATIONS**
Invited Keynote Speaker (topic TBA), Society for Animation Studies Conference, Cambridge, UK, July 2015
"Direct Film Paradigms," micro-talk, Society for Animation Studies Conference, University of Southern California, June 2013
"Women and Girls in Animation: A Case Study of Aliki Theofilopoulos Graft," Hawaii International Conference on Humanities, January 2012
"A Study of Aesop's Film Fables: *Dinner Time* (1928), an early sound film" (invited speaker), The Moving Image Exhibition & Forum in southern Taiwan, hosted by Tainan National University of the Arts and Kaoshueng Digital Center, November 2011
"Core Skills in Animation Education," invited panelist at the CTN Animation Expo, Los Angeles, November 2011
"Direct Animation,: Anima Mundi animation festival (Rio de Janeiro, 2010), invited speaker
"From Marey to Mo-Cap: Documenting Motion through Animation," Society for Cinema and Media Studies 2010, invited to pre-constituted panel on animation and documentary
"Austrian Animation and the Fine Arts," Cordoba Animation Festival, October 2009
"Cal Arts Student Films," lecture and screening related to Henry Selick, John Lasseter, Eric Darnell, and Stephen Hillenburg, invited speaker, Jilin, China, September 2009
"John Whitney," Society for Animation Studies, July 2006
"Trends in E-journals," E-Journals Workshop, Society for Cinema & Media Studies, March 2004
"Issues in Animation Education Today," invited keynote speaker, Student Animation Festival of Ottawa, October 2001
"Redefining Fairy Tales in Shrek," invited introduction to Shrek screening, Savannah College of

Art and Design Trustees Theater, October 2001

"Toy Stories: The Evolving Aesthetics of Computer Animation," invited speaker, Distinguished Guest Lecture Series, Saddleback College, April 2001

"Violence in Japanese Animation," invited speaker, BUFF festival for children and young adults, Sandnes, Norway, November 2000

"Animation History," invited guest lecturer (five day mini-course), Rocky Mountain School of Art and Design, October 2000.

"Technique and Effect in the Work of Female Animators," invited speaker, University of California, San Diego, graduate student seminar in Visual Arts, May 2000

"Women in Animation," invited speaker, University of California Irvine, animation course taught by Vicki Callahan in Film Studies, May 2000

"Cross Cultural Perspectives in the Classroom," Faculty Development Workshop, Chapman University, October 1999

"Motion Capture: Aesthetic Considerations," Media in Transition Conference, Massachusetts Institute of Technology, October 1999

"Recent Innovations in Animation," invited speaker, Young Presidents Organization Southern California Colloquium (one-hour lecture), May 1999

"Fine Art Animation," invited speaker, Bowers Museum, Santa Ana, California (one-hour lecture), May 1999

"Small-Scale Preservation," pre-constituted panel, Society for Cinema Studies Conference, West Palm Beach, March 1999

"Oskar Fischinger," invited speaker, Orange County Museum of Art, January 1999

"Preservation and Scholars," pre-constituted panel, Association of Moving Image Archivists Conference, Miami Beach, December 1998

"Society for Animation Studies," invited speaker, World Animation Celebration, Pasadena, February 1998

"Animation History," invited speaker, Mississippi State University teleconferenced course in "History and Theory of Digital Media," February 1998

"Stars and Stripes: Animation in American Advertising," Society for Animation Studies Conference, October 1997

"Library of Congress Genre Project," pre-constituted panel, Society for Cinema Studies Conference, Ottawa, May 1997

"From College Campus to Job Market: Making It Happen," invited speaker, World Animation Celebration, Pasadena, March 1997 "Library of Congress Genre Project," pre-constituted panel, Association of Moving Image Archivists Conference, Atlanta, December 1996

"The Adaptation of Japanese Animation for American Television," invited to present this co-authored paper at a colloquium for the faculty at the University of Wisconsin, Madison, in conjunction with the Society for Animation Studies Conference, Madison, September 1996

"Spiritual Practice and Abstraction in the work of Selected Filmmakers," Society for Cinema Studies Conference, Dallas, March 1996

"Phyllis Craig: Color Key Artist," Society for Animation Studies, Greensboro, NC, October 1995

"Community and Communitas at the Animation Festival," Society for Animation Studies, San Francisco, October 1994

"What's So Funny about Cheese? and other Dilemmas: Nickelodeon and Its (Female) Producers," Console-ing Passions: Television, Video, and Feminism, Los Angeles, April 1993

"E-Sources and Media Studies," panel chair (workshop on the use of computers and electronic

networks in media studies), Society for Cinema Studies, New Orleans, February 1993
"Spirituality and Abstraction in American Film," Society for Animation Studies, Valencia, CA, October 1992
"Sex with a Hard (Disk) On: Electronic Bulletin Boards and Pornography," Far West Popular Culture Association, Las Vegas, February 1992
"Life in Postmodernism: It's Prime Time for 'The Simpsons,'" Society for Animation Studies, Ottawa, October 1990 (also chaired the "Gender and Ethnicity" panel)
"Hand Slapping in Hollywood: The Production Code's Influence on the 'Lubitsch Touch,'" Society for Cinema Studies, Washington, D.C., May 1990
"An Analysis of Spectator Positioning in The Three Caballeros and Mary Poppins," Society for Animation Studies, Los Angeles, October 1989)

**EVENT PLANNING**
1998 Conference Chair, Society for Animation Studies Conference, ten-day event at Chapman University and the Orange County Museum of Art
1997 Symposium Organizer, Moving Image Preservation Symposium, one-day event at Chapman University

**FESTIVAL PARTICIPATION**
2009 Jury Member, Cordoba International Animation Festival (Cordoba, Argentina)
2008 Curator, "Animation Buffet" program of contemporary experimental animation, Cairo Biennale (Cairo, Egypt); program also shown at the Tehran International Animation Festival
2008 Selection Committee, Zagreb International Animation Festival (Zagreb, Croatia)
2008 Jury and presenter, "Women Filmmakers at Cal Arts," Tricky Women Animation Festival (Vienna, Austria)
2007 Selection committee, CICAF (Beijing, China)
2007 Invited speaker, "Animation Education at Cal Arts," PISAF (Seoul, Korea)
1999 Jury Member, Media-One Road Runner Short Film Festival
1997 Jury Member, Laguna Beach Film Festival (Laguna Beach, California)
1996 Selection Committee Member, Ottawa '96 International Animation Festival (invited to be part of the committee that selects films for the festival's competition)
1994, 1996 Programmer, Ottawa '94 International Animation Festival, "Ernest Pintoff Retrospective" (coordinated screening and wrote essay for festival program); Ottawa '96 International Animation Festival, "Picturing Women . . . in Animation" (coordinated screening and co-authored essay for festival program)
1994, 1996 Journalist, Zagreb World Festival of Animation (invited by festival organizers)
1994 Programmer, Los Angeles FilmForum, "Experimental Animation in Los Angeles" as part of an 8-week series, "Scratching the Belly of the Beast: Cutting-Edge Media in Los Angeles, 1928-94"

**MEDIA INTERVIEWS**
"My Research and History of Animation," October 2013, EBS (South Korean Educational Broadcasting System), one-hour interview plus class footage for a television documentary
"College Professor," in Andy Morkes, *What Can I Do Now?: Animation* (New York: Ferguson Publishing Company, 2010).
"Imagine Interviews Maureen Furniss," June 2008 (the state of Animation Studies and the Society

for Animation Studies).

"Interview 19: Maureen Furniss," Toon In to the World of Animation, online at http://tooninanimation.net/wordpress/?p=96  (my background and interests in animation)

"Recent Trends in Made-for-Television Animation," February 2001, The Orange County Register, California (the emergence of a new generation of animation directors)

"The State of Animation," June 2000, Europe 2 Radio (one of four journalists from various countries interviewed for Europe-wide broadcast of segment on the state of animation internationally)

"Living an Animated Life: Fantasy Turns Real for Chapman's Maureen Furniss," April 2000, The Orange County Register (an article about me, focusing on my professional interests in animation)

"Chemistry Lesson," June 1999, The Orange County Register, California (how on-screen romances impact real-life relationships)

"The World," February 1999, WGBH radio, Boston (contemporary and historical issues surrounding the Academy Award nominations for Foreign Language Films)

"Our World," February 1999, The Orange County Register (images of aging in film)

"On the Media," January 1998, WNYC radio, New York (strobe effects in animation, nationally syndicated program)

"Definitely Not the Opera," October 1997, CBC radio, Winnipeg (10-minute segment on animation history, nationally syndicated program)

"Hollywood has seen the future . . . and it works," The Orange County Register, California (contrasting present science fiction with films of the 1950s)

"Jimmy Stewart: 1908-1997," July 1997, The Orange County Register, California (characterizing Stewart's persona)


**AWARDS**

Winner, 2009 McLaren-Lambart Award for best animation scholarship, presented by the Society for Animation Studies, for *The Animation Bible: A Practical Guide to the Art of Animating, from Flipbooks to Flash* (New York/London: Harry N. Abrams/Laurence King, 2008).

California Institute of the Arts Faculty Development Grants, various

Chapman University Faculty Development Grants, $2000 to travel to Annecy International Animation Festival for professional development, June 2000; $1,900 to develop a travel study research course in Washington, D.C., July 1999; $1,800 to attend the Association of Moving Image Archivists Conference, December 1998; $2,000 to attend Le Giornate del Cinema Muto (the Pordenone Silent Film Festival), October 1997; $1,500 to conduct research at the Museum of Modern Art and Anthology Film Archives, January 1997

Chapman University Fine and Performing Arts Grants, $1000 for a Symposium on the Preservation of Film Marketing Materials," September 1999; $3100 for the Society for Animation Studies Conference, August 1998

California Council for the Humanities Mini-Grant, $2000 for "Animation History Film and Lecture Series," August 1998 Orange County Business Journal Women in Business Award Nominee, 1998

Valerie Scudder Award, for outstanding achievement in teaching, scholarship, advising, and service, awarded by Chapman University, 1997, $1,500 award

Certificate of Merit, for contributions to the field of animation, awarded by ASIFA (the international animation society), Hollywood chapter, 1996

Mary Pickford Scholarship, awarded for scholarly achievement by the University of Southern

California, 1993 and 1994

**PROFESSIONAL MEMBERSHIPS**

The Society for Animation Studies, founding member, past treasurer, president (2005 – 2009), chairman of the board (2009 to 2013)

The Society for Cinema Studies, past member of new technologies committee, past member of archival committee, currently inactive

The Association of Moving Image Archivists, past member of the editorial board of its journal, *The Moving Image*, currently inactive

Women in Animation, founding member, past member of the steering committee, founder of Orange County chapter, currently inactive

The International Society for Animated Film, ASIFA, general member