# UNREDACTED VERSION OF
# EXHIBIT 1

## ASSIGNMENT

      **KNOWN ALL MEN BY THESE PRESENTS:** That in consideration of the recognition of his director services, animation services, and storyboarding services on the short film presently entitled "The Snowman" (the "Film") as reflected in the credits on the Film, and other good and valuable consideration, receipt of which is hereby acknowledged, Neil Wrischnik, 10 Milland Drive, Apt. E8, Mill Valley, CA 94941 ("NW") hereby sells, grants, transfers, assigns and sets over to Kelly Ann Wilson, 10 Milland Drive, Apt. E8, Mill Valley, CA 94941, her successors, licensees and assigns (collectively, "Producer") as of September 20, 2013, one hundred percent (100%) of NW's right, title and interest of every kind and nature now known or hereafter created or devised in and to that original animated film presently entitled "The Snowman" (the "Film"), co-animated and co-produced by NW, and all literary, dramatic, or other material on which the Film is based or derived, whether oral, written or otherwise, including without limitation the plot, scenes, stories and all other contents thereof, titles, characters, characterizations and translations, adaptations, sequels, other versions thereof now owned by NW, and any and all other parts (all of which contained hereinabove are referred to collectively, as the "Property"); and furthermore, that NW grants to Producer rights of every kind and nature now known or hereafter created or devised in and to the Property [including all rights of copyrights therein (and all renewals and extensions of such copyrights)], in perpetuity, and throughout the universe. Such rights include, without limitation, all theatrical, television (whether filmed, taped or otherwise recorded, and including free TV, pay TV, pay cable, basic cable, subscription, community antenna, DBS, MDS and series television rights), stage, radio, videocassettes, DVD, all merchandising, music publishing and soundtrack recording rights, publishing and novelization rights, compact disc interactive, and all other home video and computer-assisted medium, internet rights, digital download rights, mobile phone and other portable device rights, fan club and affinity marketing group rights, and any and all other rights, including advertising, publicity and promotion rights); all rights to exploit, distribute, broadcast and exhibit the Film produced hereunder in all media now known or hereafter devised; all rights to make any and all changes in, additions to, deletions from, and adaptations of the Property (including without limitation, the title of the Property); the right to use NW's name, likeness and biographical material in, and in connection with the advertising, publicity, promotion and other exploitation of rights granted under this Assignment; and all other rights customarily obtained in connection with entertainment agreements of this nature (collectively hereinafter the "Rights").

      **IN WITNESS WHEREOF**, the undersigned, duly authorized, has executed this Assignment, as of September 20, 2013, for the purposes and in the capacity herein stated.

_/s/ Neil Wrischnik_
**NEIL WRISCHNIK**

**ACCEPTED:**

_/s/ Kelly Ann Wilson_
**KELLY ANN WILSON**