# EXHIBIT 2

```
 1              UNITED STATES DISTRICT COURT

 2    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

 3

 4    KELLY WILSON,                  )

 5          Plaintiff,                )

 6    vs.                             )  Case No.

 7    THE WALT DISNEY COMPANY,        )  3:14-cv-01441-VC

 8    DISNEY ENTERPRISES, INC.,       )

 9    WALT DISNEY PICTURES, and       )

10    WALT DISNEY MOTION PICTURES     )

11    GROUP, INC.,                    )

12          Defendants.                )

13    _____)

14

15             DEPOSITION OF PETER DEL VECHO

16                  Burbank, California

17              Tuesday, October 28, 2014

18                      Volume I

19

20    Reported by:

21    ROCHELLE HOLMES

22    CSR No. 9482

23    Job No. 1956786

24

25    PAGES 1 - 181
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
 3
 4    KELLY WILSON,                  )
 5           Plaintiff,               )
 6    vs.                             )  Case No.
 7    THE WALT DISNEY COMPANY,        )  3:14-cv-01441-VC
 8    DISNEY ENTERPRISES, INC.,       )
 9    WALT DISNEY PICTURES, and       )
10    WALT DISNEY MOTION PICTURES    )
11    GROUP, INC.,                    )
12           Defendants.              )
13    _____)
14
15
16
17        Deposition of PETER DEL VECHO, taken on behalf of
18    Plaintiff, at 2100 Riverside Drive, Suite 301, Burbank,
19    California, beginning at 9:33 a.m. and ending at 4:02
20    p.m. on Tuesday, October 28, 2014, before ROCHELLE
21    HOLMES, Certified Shorthand Reporter No. 9482.
22
23
24
25
```

Page 2

1    Q   Okay.  What are the documents that you reviewed
2    to prepare yourself for your deposition?
3    A   I read through some of the notes from meetings
4    that were taken just to re-familiarize myself with those
5    notes.  I glanced at the storyboards that you have there
6    in front of you.  And to my recollection, that's all I
7    looked at.
8    Q   When you say "storyboards", that's this pile of
9    documents here that we will get to a little bit later.
10   A   Yes.
11   Q   When you say you glanced at them, were you
12   actually looking at these same sheets of paper that I
13   have?
14   A   Yes.
15   Q   All right.  Other than your meeting with your
16   counsel yesterday, is there anything else that you did
17   specifically to prepare yourself for your deposition?
18   A   Yes.
19   Q   And what is that?
20   A   I looked at our short again.  I also looked at
21   the short of the plaintiff's; is that the right term?
22   Q   Yes, sir.
23       So that would be The Snowman short?
24   A   Yes.
25   Q   All right.  Anything else that you did?

Page 14

```
 1         A    No.
 2         Q    When you say you looked at your short, are you
 3   referring to the Frozen teaser trailer?
 4         A    Yes.
 5         Q    And when is it that you looked at that to
 6   prepare yourself for your deposition?
 7         A    Yesterday.
 8         Q    Is yesterday also when you looked at The
 9   Snowman short as well?
10         A    Yes.
11         Q    How did you go about looking at The Snowman
12   short?  And by that, I mean did you pull it up on
13   YouTube or where did you have that?
14         A    I looked it up on YouTube, yes.
15         Q    Was that the first time you had looked at The
16   Snowman short?
17         A    I believe once John McGuire told me there was
18   an issue -- this was well after the movie had come
19   out --
20         Q    Stop right there.  Don't tell me what
21   Mr. McGuire said.
22         A    Okay.
23         Q    So the question is:  Is that the first time you
24   had looked at this --
25         A    I had seen it once before, months ago.
```

1    terms of, you know, what is available and the
2    storytelling and all that, which is kind of more by the
3    directors or myself?
4         Q    What do you mean by that, "practical
5    constraints"?
6         A    The teasers generally -- particularly on this
7    movie, are done very, very early on in the process so we
8    don't have a lot of assets built.  Like if you look at
9    the movie, we have all the assets done, finished, and it
10   looks beautiful.  At this stage, not all of the assets
11   were built, so we might be more limited in what the art
12   director can kind of choose from.
13        Q    I see.  So at what stage in the production of
14   the movie were you starting to work on the trailer?
15        A    You mean the teaser?
16        Q    Right.  The teaser trailer.
17        A    We were still figuring out the story of the
18   movie itself.  Even though it came out in later that
19   same year, 2013, we were still making big changes to the
20   story.
21        Q    Okay.
22        A    Just because I think it's somewhat relevant to
23   your question, our movie was actually supposed to come
24   out this November, 2014.  And six months into the
25   project, they asked us to come out a year earlier.

1   Q   Nice.
2   A   So when you talk about putting a teaser
3   together, we didn't have a lot of the things you would
4   normally have, and so we had to move quickly and
5   expeditiously and so forth, so I don't know if that is
6   relevant or not, but it's the truth.
7   Q   Truth is always good and it may be relevant.
8       So ordinarily -- if I'm understanding what you
9   are saying, ordinarily, when you are putting together a
10  trailer or teaser trailer for a movie, the movie is far
11  more developed or much more closer to being,
12  quote/unquote, in the can than was the case with respect
13  to this particular movie, Frozen; is that a fair
14  assessment?
15      MR. KLAUS:  Object to the form.  It's outside the
16  scope.
17      You can answer the question.
18      THE WITNESS:  I would phrase it a little
19  differently --
20  Q   BY MR. GIGNAC:  Please.
21  A   -- in that on a more normal schedule, we would
22  have been further along with the building of elements
23  and the story so that in putting a trailer or teaser
24  together, there may be sections of the movie that were
25  already completed that we could choose from without a

1        Do you see that up at the top there?
2    A    I do.
3    Q    What is the meaning of that, "official
4 turnover", is that some type of indication that the
5 teaser trailer has been completed and is being handed
6 off or turned over?
7    A    Well, these are out of order, April 18th versus
8 the 17th.
9    Q    Yes.  April 18th is at the top of the page.
10   A    Well, Brent Hall is in post production, so we
11 are getting close; but he is suggesting on the 18th in
12 response to Heather that we wait.  And essentially when
13 we are done with post production, we hand it over across
14 the street and now they can take it for distribution.
15 So the fact that he is suggesting we hold off a little
16 bit, it means we are very close.
17   Q    Very close to the end?
18   A    Yes.
19   Q    Okay.
20   A    But again, there is other things that happened
21 like Christophe Beck writing the score, a lot of that
22 gets folded in after that.  So we may be done with the
23 visuals for it, but there is still additional post
24 production work that needs to happen post that.
25   Q    All right.  Certainly wouldn't be after this

Page 100

1    A    Somewhere, I believe it was 2012, we were
2  brought up to Pixar for a group meeting with all the
3  international marketing teams.  And one of the things we
4  heard -- and all the producers of the current shows were
5  there as well as the directors.  And one of the things
6  we heard from our international team was that a lot of
7  trailers -- whether they are trailers or teasers, don't
8  work in their countries because they are dependent on
9  jokes that don't translate well.  And they cried loudly
10 for wouldn't it be great if we could have teasers that
11 were physical comedy where it wasn't dependent on the
12 word play, but would just read universally and was
13 comedic because everyone loves to laugh.
14         So I can't remember exactly when that meeting
15 happened, but that was in 2012.  When we came back to
16 the studio, I talked with the directors and we agreed,
17 you know, this is going to be really important at some
18 point to take that information and we have got the
19 perfect characters already in our movie to do that, to
20 come up with.  So the idea of doing it was around for a
21 while, but we had other production worries and we
22 weren't ready to do a teaser at that point.  And at some
23 point they said, hey, there is an opportunity to do it.
24 If you can get something good enough and get something
25 ready, there is an opportunity to put it on the head of

1    Q   Okay.  I appreciate that.

2    A   Just -- I'm reading my own e-mail.

3    Q   Sure.

4    A   "It would be good to have five or so drawings
5  per idea so we have some visuals to go along with the
6  verbal pitch."  So that to me means I'm telling Paul,
7  hey, for these ideas that we have been talking about,
8  make sure we have at least a few drawings per idea.  So
9  I don't know whether some of them were created
10 beforehand or some of them as a result of that comment.

11   Q   Okay.  Let's move over to Page 8.

12       MR. KLAUS:  Are you going to start with a new
13 document?

14       MR. GIGNAC:  Do you want to take a breather?

15       MR. KLAUS:  Can we take a break real quick?

16       MR. GIGNAC:  Absolutely.

17           (A brief recess was taken.)

18   Q   BY MR. GIGNAC:  So on Page 8 of Exhibit 6,
19 these are the quote/unquote meeting notes.  I'm looking
20 at the entry for January 15, 2013, which says, "Teaser
21 ideas, pitch to JL Notes."

22       Do you see that, sir?

23   A   I do.

24   Q   Do you recall this as the first opportunity or
25 first time that the concept for the teaser trailer was

1  pitched to Mr. Lasseter?
2      A   Yes.
3      Q   Okay.  Did you have any conversations prior to
4  this pitch meeting with Mr. Lasseter at which you
5  discussed with him at all what the general ideas were
6  for the teaser trailer?
7      MR. KLAUS:  Object to the form.
8          You can answer.
9      THE WITNESS:  Not the ideas.  I'm sure that in our
10  meetings I would say, hey, we are working on some ideas
11  and we are going to share them with you in a month or so
12  or whatever the conversation was, but not the specifics
13  of the ideas.
14      Q   BY MR. GIGNAC:  Okay.  So as far as you know,
15  he would have been coming into this meeting relatively
16  cold in terms of what the ideas were for the teaser
17  trailer?
18      A   Correct.
19      Q   Okay.  And the references here in the left
20  margin, at least the first two JLs, do those refer to
21  Mr. Lasseter as opposed to Jenn Lee?
22      A   Yes.  I believe in the context of this meeting,
23  JL refers to John Lasseter and JLEE refers to Jenn Lee.
24      Q   All right.  The second reference to JL, it
25  says, "We have a new IP," and then it says, "pantomime

Page 135