# EXHIBIT 4

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
 3
 4    KELLY WILSON,                    )  Case No.
                                       )  3:14-CV-01441-VC
 5          Plaintiff,                 )
                                       )
 6    vs.                              )
                                       )
 7    THE WALT DISNEY COMPANY,         )
      DISNEY ENTERPRISES, INC.,        )
 8    WALT DISNEY PICTURES, and        )
      WALT DISNEY MOTION PICTURES      )
 9    GROUP, INC.,                     )
                                       )
10          Defendants.                )
                                       )
11    _____ )
12
13
14                    CONFIDENTIAL
15         DEPOSITION OF JAMES CHRISTOPHER BUCK
16                Burbank, California
17             Wednesday, January 21, 2015
18                     Volume I
19
20
21
22   Reported by:
     ROCHELLE HOLMES
23   CSR No. 9482
24   Job No. 1995958
25   PAGES 1 - 84
```

Page 1

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
 3
 4    KELLY WILSON,                )  Case No.
                                   )  3:14-CV-01441-VC
 5          Plaintiff,             )
                                   )
 6    vs.                          )
                                   )
 7    THE WALT DISNEY COMPANY,     )
      DISNEY ENTERPRISES, INC.,    )
 8    WALT DISNEY PICTURES, and    )
      WALT DISNEY MOTION PICTURES  )
 9    GROUP, INC.,                 )
                                   )
10          Defendants.            )
                                   )
11    _____)
12
13
14
15
16       Confidential Deposition of JAMES CHRISTOPHER BUCK,
17   taken on behalf of Plaintiff, at 2100 Riverside Drive,
18   Room 040, Burbank, California, beginning at 9:12 a.m.
19   and ending at 11:30 a.m. on Wednesday, January 21, 2015,
20   before ROCHELLE HOLMES, Certified Shorthand Reporter No.
21   9482, Certified Realtime Reporter No. 0123.
22
23
24
25
                                                     Page 2
```

1      MR. KLAUS:  Object to the form of the question.
2           If you have a general practice that you follow,
3   you can describe it.
4      THE WITNESS:  Yeah.  The general idea is usually
5   ideas from books.  And then it's usually just talking to
6   other artists about what -- you know, how that idea
7   could turn into a feature.
8      Q    BY MS. BARTEAU:  Can you give me an example of
9   some books that you have gotten ideas from that have
10  inspired you?
11     MR. KLAUS:  Other than the one he talked about?
12     THE WITNESS:  The Snow Queen was the one for
13  Frozen.
14     Q    BY MS. BARTEAU:  Did anything else inspire you
15  for Frozen for the general story?
16     A    Not for the general story, no.
17     Q    Do you ever go on the internet and look at
18  videos of the subject matter that you are thinking about
19  to try to get inspiration?
20     A    The only thing we might do would be more
21  technical ideas and that would be looking at the snow
22  and the ice for our show.
23     Q    Did you look at videos on the internet or do
24  any research on the internet for that?
25     A    For the snow and the ice, yes.

Page 15

```
 1   that works just on Frozen?
 2       A   No.  They work on all the movies.
 3       Q   Okay.  Do you recall who interfaced with the
 4   development department --
 5       A   No.
 6       Q   -- on finding these references?
 7       A   No.
 8       Q   Do you recall what references were found?
 9       A   No.
10       Q   Do you recall any references from the Frozen
11   movie?
12       A   Not -- not -- not for this.
13       Q   How would you go about finding a reference if
14   you were to look for one?
15       A   I would ask them.
16       Q   You never do it yourself?
17       A   No, no.
18       Q   Have you ever done it yourself?
19       A   Looking for reference?
20       Q   Yes.
21       A   Yes, sometimes.
22       Q   And what would you do?  What would that process
23   entail?
24       MR. KLAUS:  If there is one particular process you
25   followed or if there are things you remember about
```

1   looking for references.
2       THE WITNESS:  Yeah.  I mean, you would probably
3   search, search on Google or something like that.
4       Q   BY MS. BARTEAU:  And so what would you search
5   for?
6       A   Again, it would be, you know, reference
7   material, scientific material, usually.
8       Q   Right below that it says, Ryan -- forgive me if
9   I'm mispronouncing the last name -- Hobbiebrunken?
10      A   Right.
11      Q   Who is that?
12      A   He is one of our animators.
13      Q   Did he work on the Frozen teaser trailer?
14      A   I don't recall.
15      Q   Okay.  And then if you would turn to the last
16  page, the last sentence looks like it's John Lasseter
17  talking again.  He says, "Here is a link to the Mime
18  Project production of Thunderbirds" -- or maybe this is
19  not John talking.  Maybe you can help me understand who
20  is talking here.
21          "Here is a link to the Mime Project production
22  of Thunderbirds that John talked about.  There is a bit
23  where you see the guys move as marionettes."
24          First of all, do you know who is writing this
25  or saying this?

Page 21

1       MR. KLAUS:  Object to the form of the question.
2            If you know your understanding of what the
3   question means or what you have done, by all means,
4   answer it.
5       THE WITNESS:  Could you sort of explain it again,
6   the question.
7       Q   BY MS. BARTEAU:  Yeah, sure.  So in the
8   creative process when you are looking for references, is
9   it pretty standard practice to look on YouTube for
10  references?
11      MR. KLAUS:  Object to the form of the question.
12      THE WITNESS:  Not any more than what I have already
13  said.
14      Q   BY MS. BARTEAU:  Refresh my memory as to what
15  you mean by that.  What did you say?
16      A   I said for research.
17      Q   For research.  Okay.
18      A   Scientific research.
19      Q   Do you ever attend film festivals?
20      A   No.
21      Q   Never?
22      A   Probably about 35 years ago.
23      Q   What's the last film festival you remember
24  attending?
25      A   The Laguna Beach.

Page 23

```
 1        Q   You said you pitched Frozen to John Lasseter in
 2   2008.  Is that when you started production or started
 3   working on Frozen?
 4        A   Yes.
 5        Q   And when was it decided that there would be a
 6   teaser trailer for Frozen?
 7        A   I don't recall.
 8        Q   Do you think it was -- so it looks like -- so
 9   the teaser came out June of 2013.
10            Do you recall, were you working on it for more
11   than approximately six months?
12        A   I think it was around six months.
13        Q   So do you think you started around January of
14   2013?
15        A   That would be my guess.
16        Q   Do you recall if there was any discussion about
17   creating the teaser trailer before January of 2013?
18        A   The only thing that I will say, and it was a
19   very kind of generic idea, we had a -- an international
20   marketing meeting up at Pixar and it was probably couple
21   years before the movie came out.  And the international
22   marketing team was pitching to us that a great teaser
23   for any of our movies would be something that is
24   pantomime and something that's comedy.  And so that sort
25   of got us thinking, Peter Del Vecho and myself, about
```

1    Q    BY MS. BARTEAU:  Who was in charge of making
2    the final creative decisions on the teaser trailer?
3    A    Well, that would be probably the three of us,
4    Jenn, myself, and John Lasseter.
5    Q    When did Jenn become co-director with you?
6    A    She was finishing up on Wreck-It Ralph.  I
7    think it was March or April, 2012.  I think around then.
8    Q    Did all three of you, Jenn, you, and John
9    attend that international marketing meeting up at Pixar?
10   A    As far as I remember, Jenn was not there.
11   Q    Okay.  Would you say that John Lasseter has the
12   final decision making authority on the film?
13   MR. KLAUS:  On what aspect?
14   Q    BY MS. BARTEAU:  Creative.
15   A    Creative, yes.
16   Q    How did you communicate with your staff and
17   other people you worked with while working on the teaser
18   trailer?
19        In other words, did you e-mail ideas back and
20   forth in notes?  Did you have the in-person meeting?
21   Did you have phone meetings?
22   A    In-person meetings.
23   Q    That's it?  Never e-mail communication?
24   A    As far as I recall.
25   Q    As a director, you directed the Frozen teaser

Page 30

1  trailer; is that right?
2      A   Yes, along with Jenn.
3      Q   Okay.  So how much input did you have in
4  creating the story line for the teaser trailer?
5      MR. KLAUS:  Object to the form of the question.
6      THE WITNESS:  I can't give you a percentage.  I
7  don't know.
8      Q   BY MS. BARTEAU:  Would you say that you gave
9  creative input into the story line?
10     A   Yes.
11     Q   Can you recall who had any particular ideas
12 that ended up in the final version of the teaser
13 trailer?
14     A   There were several of us, quite a few of us
15 actually.
16     Q   Can you give me some examples?
17     A   What do you mean by examples?
18     MR. KLAUS:  I think what she means is if there is
19 something that comes to mind that you associate
20 something with a particular person.
21     THE WITNESS:  No, I cannot.
22     Q   BY MS. BARTEAU:  That's not exactly what I
23 meant.
24         Just who stands out in your mind as having
25 given ideas that ended up in the final published

Page 31

```
 1   deciding that we needed a brainstorm session to talk
 2   about it.
 3       Q   And do you recall if you sent out an e-mail to
 4   your team saying we are going to meet on this date, come
 5   with some ideas?
 6       A   I don't recall because I don't organize
 7   meetings, so I don't send out e-mails.
 8       Q   Do you recall telling anyone to organize a
 9   meeting?
10       A   No, I don't recall that.  It could have been
11   Peter that wanted to organize it.
12       Q   Do you recall whether there was an agenda for
13   this meeting?
14       A   The agenda was to brainstorm for the teaser
15   trailer.
16       Q   So tell me how your brainstorming sessions
17   work, in particular this one.  Help me understand what
18   happened in that meeting.
19       A   So it's usually just, you know, all of us
20   getting together, these are story artists and Jenn and
21   myself and Paul Briggs, talking about all different
22   ideas of what we would find to be the most, you know,
23   entertaining and sort of to go within the guidelines
24   that we had learned, Peter and I had learned up at the
25   international marketing meeting, and that was something
```

Page 40