# EXHIBIT 6

# EXHIBIT FILED CONDITIONALLY UNDER SEAL PENDING ORDER FROM THE COURT