# EXHIBIT 7

**Subject:**   1.7.13 Teaser Brainstorm Notes
**Received(Date):**      Mon, 7 Jan 2013 14:33:33 -0800
**From:**      "Julius, Jessica" <Jessica.Julius@disney.com>
**To:**        "Jenn Lee" <Jennifer.Lee@disneyanimation.com>,"Chris Buck"
<chris.buck@disneyanimation.com>,"Briggs, Paul" <Paul.Briggs@disney.com>,"Peter Del Vecho"
<peter.del.vecho@disneyanimation.com>,"Dara McGarry" <dara.mcgarry@disneyanimation.com>
**Cc:**        "Jessica Julius" <jessica.julius@disneyanimation.com>

DM: Keep it to Sven & Olaf.
CB: Minimal dialogue.
JL: Sven trying to get Olaf's nose.
PB: Proof of concept. Promise of the premise delivered in the teaser.
JL: Going for comedy, not excluding.

LD: Different things with noses.
LD: Can play with Olaf's body rearrangements. Sven is never satisfied.
RP: See him try to find a nose, see Sven eating carrots & gets idea. Start with one character & introduce
the second one.
JL: What do we think about it being just Olaf & Sven, not Anna & Elsa.
PB: Olaf's character is innocence & naïveté. Rather than siblings.
JL: How Sven & Olaf interact, the closeness of siblings, playfulness to it.
CB: Monsters Inc was just the 2 of them, get Mike & Sully's personalities.
LD: The Incredibles is the gold standard. Olaf's character is so unique & likeable. If we can share that
with everyone early on, people will love him. It's different.
PDV: Plays well internationally. Physical comedy. This will go on the head of Monsters 2.
JL: The absurdity that he's alive, can be taken apart & pulled back together.
PDV: Fun of Mr Incredible getting dressed but also the ticking clock of his wife. Element of time, sense of
urgency.
DD: Avoiding an avalanche or blizzard. Staying one step ahead.
RP: A snowman shaking out a snowdrift, reveal him first. Wants to smell something & can't since he
doesn't have a nose.
JL: Don't want to give away that Olaf wants summer. But if what he wants to smell is a flower sticking up
through the snow. Sets that up.
LD: Can see Sven too, his big nose sniffing the leaves.
RP: Try to keep Sven from eating the flowers so he can smell it. Distract him with the carrot. Audience
would be ahead of him.
MP: Finishing putting on bits of himself, the arms, the coal. Something not quite right.
PB: The idea he can come apart, how does he get himself back together.
CB: Sven as dogcatcher. Arms as sticks.
DD: Likes plowing into him, bumping him apart.
CB: That'd be mainly about him falling apart & how he's put back together.
MP: Taking nose is simple, clear.
MS: Nose falls off, goes over the cliff.
LD: Such a unique idea.
HO: Maybe he never gets it.
JL: When it's the right thing, I'll know.
LD: Inside joke within the movie.
MP: Olaf taking care of the reindeer is cute, endearing.
PB: What does that smell like? I can't smell! I need a nose! Play gag after gag.

RP: Why does everything smell like carrot.

MS: If carrot is in the scene the whole time, falls through his head and he's like nah.

NM: Sven knows the whole time it should be the carrot.

PDV: Sven grabbing it to show him, Olaf thinks he's playing.

DD: Where does carrot come from?

JL: He'd have it with him.

DD: A cart, outside the castle.

CB: He'd have to be out in the woods, not near the castle.

LD: Frozen waterfall is so pretty and unique, helping describe the film visually. Keep it there.

CB: He has a bunch of carrots but he's just feeding Sven.

JL: Comes down to the last carrot. You think he's gonna get it but he doesn't.

PB: Always keep Olaf naïve.

DD: Background matches up, looking at it...

JL: Olaf sees the last carrot & gets the idea just as Sven eats the last one.

CB: That's one idea. Need to present 3.


MS: Snowball rolling down the hill. Running down the hill, falls apart.

JL: He'd have to put himself back together. That'd be him alone.

CB: Putting himself back together could be one.


RP: Putting together a campfire. Holding out his arms. Without giving away the summer thing.

DD: Sven tries to put the fire out.


MS: Top heavy. A bunch of crazy arms sticking out.

JL: His best body, trying to make himself look his best. Going on a date?

LD: That was an idea how the nose thing would start. Sven's nose in Olaf's face.

JL: Trying all different things, rearranging his parts, different personalities. Has even less to do with anything in our story.

NM: Making different shapes, don't see what it is.

JL: I'm perfect!

LD: Reindeer looking, picking up pieces, putting them in a pile. Start realizing he's assembling a snowman. Every time he puts him together it's obviously wrong. Leg on top like a unicorn.

RP: Special, it's a snowman that's alive. Parts putting themselves together.


LD: Worth thinking of something action-y?

JL: An idea that's completely different.

LD: A hide & go seek thing, with snow creature chasing them. Olaf saved by Sven, snow creature is on the other side.

JL: My only concern is that makes the movie seem like it's about Olaf & Sven's adventures.

PDV: We already have something like that, in the test, too.

LD: Definitely no human characters?

CB: How long is the test?

NH: 2.5 mins.

CB: For a general audience?

PDV: Too plot driven. Want something more character driven.

JL: Poster-wise - for comedy side, having Anna, Kristoff & Sven, potentially Olaf, trapped in ice. So you can see the other characters. Olaf somehow finding a way to break them out? Visually see other characters.

**WDP_00000002**

LD: The concern with characters in ice, I've seen that before in so many films.

MP: Anything to Oaken's store?

LD: Little tiny glimpse of human characters, like Kristoff talking about survivor things. Doesn't want to do it, being forced to do it. Being interviewed in his cabin.

MS: Or actually in the wilderness. Sees a talking snowman.

LD: Kristoff talking about how he'd make this, burn that. Snow creature off camera they go running after. Not just a guy in the woods.

RP: Play what happened before. Elsa messing with him.

MP: Bigfoot clip but with Olaf walking.

LD: Car review, but a sleigh review. Why this sleigh rocks, the different components, why it's better than any other. To Sven. See that he loves this animal. Human characters are interesting.

RP: More friction between Kristoff & Olaf. Fun pantomime between those two.

CB: Would like to keep it more pantomime. Especially for kids.

NM: Olaf's nose tumbles out, walks to it, his feet freeze in the ice, uses parts of his body to reach it.

JL: Anything with the 4 of them? First look was Kristoff & Anna. I like the Olaf & Sven with nose, great teaser. But any option for pantomime with the 4 of them?

RP: Running away from an avalanche.

JL: That's more of a trailer feeling.

RP: Just get sucked into it without asking who are these people.

PB: What if we did something only with Olaf. Business of assembling his body with time element of ice cracking around him.

LD: Blizzard just finished. Stick rolls in, leg rolls in, abdomen, etc. And the arm suddenly starts moving, starts re-assembling himself.

PDV: And then he giggles & runs off.

CB: Or Sven runs in and knocks him all apart.

JL: It's a game.

LD: Like teasers where your brain is stimulated, trying to figure out what's going on.

RP: Body parts getting mad at each other for picking the wrong stuff. Scratching it's butt while it's thinking, no head to scratch.

BB: Anna putting him together, but does it wrong.

RP: Kristoff building a snowman, Olaf walks in & says something, they run screaming.

PB: Anna running from something. Get funny business of Anna. Marshmallow's foot coming down.

JL: Like that because it gets Anna in there, but it's active, playing for comedy. Love giant foot coming in at the end. Sense of urgency.

RP: That could be the button. Olaf finish building snowman, Kristoff, Sven & Anna run by, smash it. Marshmallow's foot squashes Olaf.

JL: Don't have to explain themselves, but still get the comedy and they're in the same world.

PB: Camera on Olaf, but Kristoff is talking offscreen. Looks like bad lip sync.

RP: Starts off little & cute, becomes an event.

PB: One scene, locked camera.

JL: Olaf putting himself back together. Just as he finishes, hear Anna & Kristoff scream & coming running through, knocks him over/apart, and then Marshmallow's foot.

LD: Sven comes back to snatch the carrot.

RP: He could avoid each person, Sven knocks him apart finally.

MP: Putting himself together, Sven doesn't realize the carrot is part of him.

CB: Sven there the whole time, eating the carrot and just finishing it when Olaf says "where's my nose?"

MP: A little piece left, it smells terrible.

PB: Sweet innocence of siblings.

PDV: Don't want it to be categorized as a kids movie.

PB: Finding what's funny about the sibling thing. Universal.

DD: Up it. Elsa uses the ice to encase Anna. Start with the cute stuff & ramp it up.

CB: Anything that has little kids in it we should avoid. Even if it goes bigger. Snowman doesn't say a specific demographic.


JL: Anything on Elsa?

RP: Play with her sex appeal.

LD: The point where we're going to show the female protagonist, Elsa is such a comic book hero character, show her doing some badass thing & everyone will think that character is so cool. Show her doing something kicking ass.

PB: Carving crazy ice. At the end it's Olaf standing there.

LD: This big snow creature walking towards this little Elsa and she just freezes it, destroys it. Blows on her hands, like the barrel of a gun. I want to see that!

JL: That would be awesome. She just makes her chair and sits down.

LD: Can get the comedy thru Olaf's pov, cut to him. And not hiding the main characters.

JL: Cut to Anna & Olaf watching from the stands.

PDV: She has the attitude even before she obliterates it.

MP: Badass but still simple & elegant. Not effort really.

LD: And she could be playing with him more, if you don't want to go all the way to obliteration.

JL: Olaf watching, "that's my mom!"

PB: Elsa making Marshmallow. Her standing in front of him, he roars. Pan down, see Olaf standing there, "you made me a brother?!" Gets the sibling thing in there too.

LD: Show the unexpected.

JL: Play with people's expectations of princess movies.

LD: Could start with her picking a flower, seems like a princess movie, then goes to the snow creature thing - this is not your typical princess movie.

RP: Leaves an impression. If you do the comedy route, then the title will be thought of in a funny way.

JL: Any way for teaser to resonate with the way we want the word FROZEN to do? Badass Elsa makes idea even sexier.

MP: Haven't seen a teaser for animated film that seems that powerful.

JL: Nice that it's a very different option.


DM: Pitching JL on 1/22.

PDV: Can verbally pitch these ideas with a few drawings.

PB: A few beats in front of him sooner.


**IDEAS**:

1. Assembling himself
2. Trying to find nose
3. Starting a fire
4. Kristoff as Bear Grylls discovers Olaf
5. Some combo of the group running from Marshmallow
6. Badass Elsa facing off with snow creature
7. Elsa making Marshmallow

**WDP_00000004**