# EXHIBIT 8

Case 3:14-cv-01441-VC   Document 63   Filed 03/06/15   Page 2 of 21



Case 3:14-cv-01441-VC   Document 63   Filed 03/06/15   Page 3 of 21



scan024copy

scan025copy

scan026copy

scan027copy

scan028copy

scan029copy

scan030copy

scan031copy

scan032copy

scan033copy

scan034copy

scan035copy

scan036copy

scan037copy

scan038copy

RPE-74.0-0123

RPE-74.0-0124

RPE-74.0-0115

RPE-74.0-0112

RPE-74.0-0065

RPE-74.0-0066

RPE-74.0-0067

RPE-74.0-0068

RPE-74.0-0069

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted

Case 3:14-cv-01441-VC Document 63 Filed 03/06/15 Page 4 of 21



RPE-74.0-0070  RPE-74.0-0071  RPE-74.0-0119  RPE-74.0-0120  RPE-74.0-0072  RPE-74.0-0116

RPE-74.0-0117  RPE-74.0-0125  RPE-74.0-0073  RPE-74.0-0126  RPE-74.0-0127  RPE-74.0-0118

RPE-74.0-0074  RPE-74.0-0075  RPE-74.0-0076  RPE-74.0-0077  RPE-74.0-0078  RPE-74.0-0079

RPE-74.0-0080  RPE-74.0-0081  RPE-74.0-0082  RPE-74.0-0083  RPE-74.0-0084  RPE-74.0-0085

Case 3:14-cv-01441-VC Document 63 Filed 03/06/15 Page 5 of 21

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted



RPE-74.0-0086

RPE-74.0-0087

RPE-74.0-0088

RPE-74.0 0089

RPE-74.0-0090

RPE 74.0-0091

RPE-74 0-0092

RPE-74 0-0093

RPE-74.0-0094

RPE-74.0-0095

RPE-74.0.0096

RPE-74 0-0097

RPE-74.0-0098

RPE-74-0-0099

RPE 74.0-0128

RPE-74.0-0101

RPE-74.0-0102

RPE-74.0-0103

RPE-74.0-0104

RPE-74.0-0105

RPE-74.0-0106

RPE-74.0-0129

RPE-74.0-0107

RPE-74.0-0121

Confidential

WDP_00000044

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted



RPE-74.0-0108  RPE-74.0-0109  RPE-74.0-0110  RPE-74.0 0111  RPE-74.0-0055  RPE 74.0-0122

RPE-74 0-0056  RPE-74 0-0057  RPE-74.0-0058  RPE-74.0-0059  RPE-74.0-0060  RPE-74 0-0061

RPE-74.0-0062  RPE-74 0-0063  RPE 74.0-0064  RPE-74.0-0001  RPE-74.0-0048  RPE-74.0-0051

RPE-74.0-0002  RPE-74.0-0004  RPE-74.0-0005  RPE-74.0-0006  RPE-74.0-0007  RPE-74.0-0052

Confidential
WDP_00000045



Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted

RPE-74.0-0008  RPE-74.0-0009  RPE-74.0-0010  RPE-74.0-0011  RPE-74.0-0012  RPE-74.0-0013

RPE-74.0-0014  RPE-74.0-0015  RPE-74.0-0016  RPE-74.0-0017  RPE-74.0-0018  RPE-74.0-0019

RPE-74.0-0049  RPE-74.0-0020  RPE-74.0-0050  RPE-74.0-0021  RPE-74.0-0022  RPE-74.0-0023

RPE-74.0-0024  RPE-74.0-0025  RPE-74.0-0026  RPE-74.0-0027  RPE-74.0-0028  RPE-74.0-0029

Case 3:14-cv-01441-VC Document 63 Filed 03/06/15 Page 8 of 21



RPE-74.0-0030
RPE-74.0-0031
RPE-74.0-0130
RPE-74.0-0033
RPE 74.0 0034
RPE 74.0 0035

RPE-74.0-0036
RPE-74.0-0037
RPE-74.0-0038
RPE-74.0-0039
RPE-74.0.0040
RPE-74.0-0041

RPE-74.0-0042
RPE-74.0-0043
RPE 74.0-0044
RPE-74.0-0047
RPE-74.0-0045
RPE-74.0-0046

I'm fine!

RPE-74.0-0113
RPE-74.0-0114
RPE-74.0-0123
RPE-74.0-0124
NMI-00.0-0062
NMI-01.0-0006

BUILDING A FIRE

FROZEN



NMI-01.0-0008

NMI 01.0-0007

NMI-27.0-0064
K gathers twigs

NMI-00.0-0065

NMI-00.0-0066

NMI-00.0 0063

NMI-00.0-0067

NMI-00.0-0068
O: Hi!

NMI-00 0-0069
O: Would you like to borrow the other
one too?

NMI-00.0-0075
Olaf follows Kristoff watching him
gather materials. O: What are you

NMI-00.0-0077

NMI 00.0 0001

NMI-00 0 0072
Hey, so that's how you make fire!

NMI-00.0-0073

NMI 00 0-0074

NMI 00.0-0070

RPE-74.0-0123

RPE-74.0-0124

NMI-00.0-0061

NMI-00.0-0002
Frozen lake

NMI-00.0-0004

NMI-00.0-0005

NMI-00.0-0006

NMI-00.0-0007

WDP_00000048

Case 3:14-cv-01441-VC Document 63 Filed 03/06/15 Page 10 of 21



NMI-00.0-0009  NMI 00.0-0011  NMI-00.0-0012  NMI 00.0-0013  NMI-00.0-0010  NMI-00.0 0015

NMI-00.0-0014  NMI-00.0-0016  NMI-00.0-0055  NMI-99.0-0056  NMI-99.0-0057  NMI 00.0 0017

NMI-00 0 0018  NMI-00.0-0019  NMI 00 0-0056  NMI 00.0-0057  NMI-00.0-0020  NMI 00.0 0021

NMI-99.0-0022  NMI-00.0-0022  NMI-00.0-0023  NMI-00.0-0024  NMI-00.0-0025  NMI-00.0-0058

Case 3:14-cv-01441-VC  Document 63  Filed 03/06/15  Page 11 of 21



NMI-00.0-0026    NMI 00.0-0027    NMI-00.0-0028    NMI 99.0-0029    NMI-99.0-0030    NMI-99.0 0031

NMI-00.0-0029    NMI-99.0-0032    NMI-00 0-0030    NMI-00.0-0031    NMI-00.0-0032    NMI 00.0 0033

Jump!

NMI-00 0 0034    NMI-00.0-0035    NMI 00 0-0036    NMI 00.0-0038    NMI-00.0-0039    NMI-00.0 0040

NMI-00.0-0041    NMI-00.0-0042    NMI-00.0-0043    NMI-00.0-0044    NMI-00.0-0059    NMI-99.0-0060

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted



NMI-99.0-0061

NMI 00.0-0045

NMI-00.0-0046

NMI 00.0-0047

NMI-00.0-0048

NMI-00.0 0049

NMI-00.0-0050

NMI-00.0-0051

NMI-00.0-0052

NMI-00.0-0053

NMI-00.0-0054

RPE-74 0-0123

RPE-74.0-0124

JRA-99.0-0011

JRA 99.0-0001

JRA 99.0-0002

JRA-99.0-0003

JRA-99.0-0004

8...9.. 10!

Okay Sven!! You can uncover your eyes!!

JRA-99.0-0005

JRA-99.0-0006

JRA-99.0-0007

JRA-99.0-0008

JRA-99.0-0009

JRA-99.0-0010

Case 3:14-cv-01441-VC  Document 63  Filed 03/06/15  Page 13 of 21



JRA 99.0-0038  JRA-99.0-0037  JRA-99.0-0036  JRA-99.0-0039  JRA-99.0-0040  JRA 99.0 0041

JRA-99.0-0042  JRA-99.0 0043  JRA-99.0-0044  JRA-99.0-0080  RPE-74.0 0123  RPE-74 0-0124

JRA-99 0 0012  JRA-99.0-0014  JRA-99 0-0013  JRA 99.0-0015  JRA-99.0-0018  JRA-99.0 0017

Snow begins in the sky as water forms | in a tiny droplet. | | Cold air then | freezes this droplet

JRA-99.0-0016  JRA-99.0-0019  JRA-99.0-0020  JRA-99.0-0021  JRA-99.0-0022  JRA-99.0-0023

into an | ice crystal

Confidential

Case 3:14-cv-01441-VC Document 63 Filed 03/06/15 Page 14 of 21



JRA-99.0-0024

JRA 99.0-0025
Each ice crystal

JRA-99.0-0026
derives it's unique

JRA 99.0-0027
shape from the

JRA-99.0-0028
surrounding air temperature

JRA 99.0 0029
and water vapor content.

JRA-99.0-0030
This process is repeated

JRA-99.0 0031
over and over.

JRA-99 0.0-0032
If conditions are

JRA-99 0-0033
below freezing,

JRA-99 0-0034
it forms

JRA-99.0 0035

JRA-99 0 0045
six unique arms.

JRA-99.0-0046

JRA-99 0-0047

JRA 99.0-0048

JRA-99.0-0049

JRA-99.0-0050

JRA-99.0-0051

JRA-99.0-0052

JRA-99.0-0053

JRA-99.0-0054

JRA-99.0-0055

JRA-99.0-0056

Confidential

WDP_00000053

Case 3:14-cv-01441-VC Document 63 Filed 03/06/15 Page 15 of 21



JRA-99.0-0057

JRA-99.0-0058

JRA-99.0-0059

JRA-99.0-0060

JRA-99.0-0061

JRA-99.0-0062

As the snowflake falls

JRA-99.0-0063

JRA-99.0-0065

JRA-99.0-0067

JRA-99.0-0068

JRA-99.0-0081

JRA-99.0-0083

it gathers more crystals

and falls gently

to earth...

JRA-99.0-0084

JRA-99.0-0069

JRA-99.0-0071

JRA-99.0-0072

JRA-99.0-0070

JRA-99.0-0073

Fresh snowflakes are the be...

AAAAAHHHH AAAAAHHHHH AAAAHHH

JRA-99.0-0074

JRA-99.0-0075

JRA-99.0-0076

JRA-99.0-0077

JRA-99.0-0078

JRA-99.0-0079

What was I think ng?!?!

Eating snowflakes?? I'm a cannibalistic snowman!!!

Who ever heard of a cannibal snowman?!?

I'm gonna get deported!

Oh the shame , the stigma, the guilt !!

Waaahhhh!!!

Case 3:14-cv-01441-VC Document 63 Filed 03/06/15 Page 16 of 21



RPE-74.0-0123

RPE-74.0-0124

MSM-00.0-0083

MSM-00.0-0082

MSM-00.0-0031

MSM-00.0-0148

MSM-00.0-0147

MSM-00.0-0084

MSM-00.0-0005

MSM-00.0-0149

MSM-00.0-0002

MSM-00.0-0066

MSM-00.0-0014

MSM-00.0-0007

MSM-00.0-0101

MSM-00.0-0102

MSM-00.0-0103

MSM-00.0-0104

MSM-00.0-0150

MSM-00.0-0070

MSM-00.0-0071

MSM-00.0-0041

MSM-00.0-0072

MSM-00.0-0073

snowman!!!

a snowman?

Case 3:14-cv-01441-VC  Document 63  Filed 03/06/15  Page 17 of 21



MSM-00.0-0074

MSM 00.0-0151

MSM-00.0 0076

MSM-00.0-0040

a snowman!!!

MSM 00.0-0026

Hi I'm Olaf!

MSM 00.0-0078

MSM-00 0-0079

MSM 00.0-0080

MSM-00.0 0030

RPE-74.0-0123

RPE-74.0 0124

MSM 00.0-0065

MSM-00.0-0050

MSM 00.0-0100

MSM-00.0 0099

MSM-00.0-0106

MSM-00.0-0107

MSM-00.0-0108

MSM-00 0-0109

MSM-00.0-0049

MSM-00.0-0110

MSM-00.0-0111

MSM-00.0-0112

MSM-00.0-0113

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted

Case 3:14-cv-01441-VC Document 63 Filed 03/06/15 Page 18 of 21



MSM-00.0-0114
MSM-00.0-0115
MSM-00.0-0119
MSM-00.0-0129
MSM-00.0-0121
MSM-00.0-0130

MSM-00.0-0117
MSM-00.0-0131
MSM-00.0-0123
MSM-00.0-0134
MSM-00.0-0125
MSM-00.0-0135

MSM-00.0-0137
MSM-00.0-0138
MSM-00.0-0139
MSM-00.0-0133
MSM-00.0-0140
MSM-00.0-0142

MSM-00.0-0128
MSM-00.0-0144
MSM-00.0-0143
MSM-00.0-0146
MSM-00.0-0057
MSM-00.0-0059

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted

Case 3:14-cv-01441-VC Document 63 Filed 03/06/15 Page 19 of 21



RPE-74.0-0123    RPE-74.0-0124    PBB0001    PBB0002    PBB0003    PBB0004

PBB0005    PBB0006    PBB0007    PBB0008    PBB0009    PBB0010

PBB0011    PBB0012    PBB0013    PBB0014    PBB0015    PBB0016

PBB0017    PBB0018    PBB0019    PBB0020    PBB0021    PBB0022

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted

Case 3:14-cv-01441-VC Document 63 Filed 03/06/15 Page 20 of 21

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted



PBB0023

PBB0024

PBB0025

PBB0026

PBB0027

PBB0028

PBB0029

PBB0030

PBB0031

PBB0032

PBB0033

PBB0034

PBB0035

PBB0036

PBB0037

PBB0038

PBB0039

PBB0040

PBB0041

PBB0042

PBB0043

PBB0044

PBB0045

PBB0046

Case 3:14-cv-01441-VC  Document 63  Filed 03/06/15  Page 21 of 21



PBB0047 PBB0048 PBB0049 PBB0050 PBB0051 PBB0052
PBB0053 PBB0054 PBB0055 PBB0056 PBB0057 PBB0058
PBB0059 PBB0060 PBB0061 PBB0062 PBB0063 PBB0064
PBB0065 PBR-99.0-0124