# 2013-02-05 FROZ Paul Additions2

001-70.0-001
70.0-002A
(Olaf Whistles)
70.0-003B
(O af Whistles)
70.0-003.5B
(Olaf Whistles)
70.0-005C
(Olaf Whistles)
70.0-006C
70.0-007A
OLAF: Ooh.
70.0 008A
OLAF: Ooh.
70.0-009A
010-70 0 010
(Olaf Giggles)
011-70.0-011
(Olaf Smells)
012 70.0-012
OLAF: Ahhh.
013-70.0-013
(Olaf Snorts)
014-70 0-015
015 70 0-017
OLAF AH!
016-70.0-018
CHEW!
017-70.0-019
(Olaf Hums Uh-Oh)
018 70.0-020
019-70.0-021
70.0-021.3
70.0-021.4
70.0-021.6
70.0-027A
(Sven Chews)
70.0-028B
(Sven Neighs)

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted

Confidential

70.0-028.4

70.0-028.5

70.0-022A
(Olaf Gasps)

030-70.0-034
(Olaf Nervous)

031-70.0-035

032-70.0-036

033-70.0-f00001
(Sven Neighs)

034-70 0-038

035-70 0-039
OLAF: Wh-

036-70 0 039
oa!

037-70.0-f00001

038-70.0-f00001

039-70.0-f00001

040 70.0-f00001

041 70 0-042
(Smack)

70.0 042.5A
OLAF: Wh-wh-wh

70.0-042.6
wh-wh

70.0-042.7
wh-wh

052-70 0-f00001
-oa!

053-70.0-043.4

054-70.0-043.5
(Sven Snorts)

70.0-121

70.0-122

70.0-123

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted



70.0-124
70.0-125
70.0-126
70.0-127
70.0-128
70.0-129
70.0-130
70 0 131
70.0-132
055-70 0 062
056-70.0-063
OLAF: Umph
057 70.0-064
(Olaf Efforts)
058-70.0-065
(Olaf Efforts)
059-70 0-066
(Olaf Efforts)
060 70 0-067
(Olaf Efforts)
061 70.0-068
OLAF: Ha ha!
062-70.0-068 5
063 70.0-069A
(Sven Efforts)
064-70.0-069.2
065-70.0-069.3
(Sven Efforts)
066-70.0-069.4
70.0-069.5A
(Olaf Efforts)
70.0-069.6A
(Olaf Efforts)
70.0-069.7A
(O af Efforts)

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted

Confidential



Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted

70.0-069.8A (Olaf Efforts)

70 0-070B OLAF Whoa!

70.0-070.4A

074-70.0-070.5

075-70.0-070.6 (Sven Snorts)

076-70 0-071A

077-70.0-071 4 (Sven Snorts)

078-70 0-072A

079-70 0-073A

080-70 0-074A OLAF: Umph.

081-70.0-075A

082 70.0-076A

083-70.0-077A

084-70 0-078A

085 70 0-078.5 OLAF: Ha ha!

086 70.0-078.5

087-70.0-079A

088 70.0-078.5

089-70.0-079A

090-70.0-078.5 (Olaf & Sven Effort)

091-70.0-079A (Olaf & Sven Ef ort)

092-70.0-078.5 (Olaf & Sven Effort)

093-70.0-079A (O af & Sven Effort)

094-70.0-078.5 (Olaf & Sven Effort)



2013-02-05 FROZ Paul Additions2

095-70.0-079A (Olaf & Sven Effort)

096-70.0-078.5 (Olaf & Sven Effort)

097-70.0-080A

098-70.0-080.5

099-70.0-081A

100-70 0-081.5

101-70.0-082 (Olaf Gasps)

102-70 0-083

103-70 0-084

70.0-085A (Olaf Gasps)

70.0 086A

70.0-087A

107-70.0-088

108-70 0-089 (Sven Neighs)

70.0 091B

70.0 092B

70.0-093B (Olaf Sad)

70.0-093.5

70.0-097A (Plop)

70.0-098A (Olaf Surprised)

70.0-099A (Sven Pants)

119-70.0-100

120-70.0-101 (Olaf Giggles)

70.0-103A (Sven Pants)

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted

# 2013-02-05 FROZ Paul Additions2

70.0-103.5 (Sven Pants)

123-70.0-104 (Sven Pants)

70.0-105A

125-70.0-106 (Umph)

126-70.0-107 (Sven Pants)

127-70 0-108 (Sven Pants) (Olaf Efforts)

128-70 0-109 (Sven Neighs)

129-70 0-109 (Olaf Giggles)

70.0-110A

31-70 0 11

132-70.0-112 (Doop)

133 70.0-113 (Olaf Sighs)

134-70.0-113 (Olaf Snivels)

135-70 0-114 OLAF: AHH!

136 70 0-115A CHEW!

137 70.0-116

138-70.0-117

139 70.0-118

140-70.0-118

141-70.0-120

142-70 0-f00001

43-70 0-f00001 (Olaf Giggles)

144-70 0-f00001

145 70.0 f00001

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted

146-70 0-f00001

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted

001-70.0-001
002-70.0-002A
(Olaf Giggles)
003-70.0-003A
(Olaf Giggles)
004-70.0-003.5A
(Olaf Giggles)
005-70.0-003.5A
006-70.0-005B
(Olaf Gasps)
007-70.0-006B
OLAF: Ooh!
008-70 0-007A
OLAF: Hel-
009-70 0 008A
lo.
010-70 0 009A
(Olaf Giggles)
011-70.0-009
(Olaf Giggles)
012 70.0-010
013-70.0-011
(Olaf Smells)
014-70 0-012
OLAF: Ahhh.
015 70 0-013
(Olaf Snorts)
016-70.0-014
(Olaf Inhales)
017-70.0-015
OLAf: Ah-
018 70.0-016
ah-
019-70.0-017
OLAF: AH!
020-70.0-018
CHEW!
021-70.0-019
022-70.0-020
023-70.0-021
(O af Hums Uh-Oh)
024-70.0-021.3

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted

# 2013-02-07 FROZ Seq 70 0 WBTO

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted

025-70.0-021.4
(Sven Chews)

026-70.0-021.6
(Sven Neighs)

027-70.0-023
(Olaf Gasps)

028-70.0-028B
(Sven Neighs)

029-70.0-031
(Sven Pants)

030-70.0-028.5

031-70.0-022A
(Olaf Gasps)

032-70 0-034
OLAF: No!

033-70 0-035

034-70 0 036

035-70.0-f00001
(Sven Neighs)

036 70.0-038

037-70.0-039
OLAF: Wh-

038-70 0-039
oa!

039-70.0-f00001

040 70.0 f00001

041-70.0-f00001

042 70.0-f00001

043-70.0-042
OLAF: Wh-wh

044-70.0-042.5A
wh-wh

045-70.0-042.6
wh-wh

046-70.0-042.7
wh-wh

047-70.0-042
wh-wh

048 70.0 f00001
whoa!

049-70.0-043.4
050-70.0-043.5
051-70.0-121
052-70.0-122 (Olaf Exhales)
053-70.0-124
054-70 0-123
055-70.0-124
056-70 0-123
057-70 0-124
058-70 0 23
059-70.0-124
060 70.0-123
061-70.0-125 (Olaf Efforts)
062-70 0-126 (Olaf Efforts)
063-70 0-125 (Olaf Efforts)
064-70.0-126 (Olaf Efforts)
065-70.0-125 (Olaf Efforts)
066 70.0-126 (Olaf Efforts)
067-70.0-125 (Olaf Efforts)
068-70.0-126 (Olaf Efforts)
069-70.0-127 (Sven Snorts)
071-70.0-132
070-70.0-128
072-70.0-130 (Sven Snorts)

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted