





Case 3:14-cv-01441-VC   Document 69   Filed 03/06/15   Page 4 of 11

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted

145-70 0-f00001
(Olaf Giggles)

146-70 0-f00001

147-70 0-f00001

Confidential

WDP_00000116













145-70 0-f00001
146-70 0-f00001
147-70 0-f00001

(Olaf Giggles)

Kelly Wilson v. TWDC - Highly Confidential - 10.27.14 - Property of Walt Disney Animation Studios - No reproduction / duplication permitted

Confidential
WDP_00000123