# EXHIBIT 13

**Received(Date):**   Tue, 18 Jun 2013 11:25:03 -0700
**Subject:**   Snowman Short
**From:**   Matt Meyer <matt.meyer@disneyanimation.com>
**To:**   cganimators <cganimators@disneyanimation.com>

A friend sent me this link...

https://vimeo.com/52869137#at=0

**Confidential**                                                                                                                                      WDP_00000139