# EXHIBIT 36



# PORTFOLIO

kelly wilson   |   kellyannewilson@gmail.com   |   310.415.5964

**01**  COMCAST | Acquisitions/Tripleslanguage/Tag Campaigns          Client. Comcast

**02**  PHONE POWER | TV. Lenny's Door          Client. Phone Power

**03**  VOLKSWAGEN | German Campaign          Client. Untitled Productions

**04**  HEWLETT PACKARD | HP Media Server Webisodes          Client. Hewlett Packard

**05**  THE SNOWMAN | Animated Short Film          Sponsored by. Goodby, Silverstein & Partners

**06**  COLLIDE | Music Video          Client. Solace and Fury

**07**  THE VIRAL FACTORY | Presentation material          Client. The Viral Factory/Gartner

**08**  DESTINATION KNOWN | TV Pilot          Client. Reel Good Pictures

**09**  ORBIT | Music Video          Client. You Said Saturday

















**01**

COMCAST  |  Acquisitions/Tripleslanguage/Tag Campaigns

Client. Comcast

Project. Acquisition Branding and Retail Account.

Description. Maintained and generated :20 back ends for local and national television commercials. Corresponded with Visible World, an online spot generator, to create a mix and match scenario allowing local retailers the ability to create specific commercials for their regional sales.











## Karaocasting *(verb)*

Singing karaoke On Demand while broadcasting it on your webcam.







**01**

<span style="color:green">COMCAST</span>  |  Acquisitions/Tripleslanguage/Tag Campaigns

**Client.** Comcast

**Project.** Acquisition Branding and Retail Account.

**Description.** The TAG campaign (left) consisted of simple animations that used small lines to bring on the text with wipes and playful bouncing back and forth. The Tripleslanguage campaign (center/right) used flash cards to introduce words that represented actions when people used multiple Comcast services.



**02**   <span style="color:green">PHONE POWER</span> | TV. Lenny's Door

Client. Phone Power

Project. TV Spot.

Description. Worked in a partnership to concept, design, and animate :30 television commercial.

Synopsis. Our hero approaches two doors and stands in line for phone service. He notices the door they are in line for is labeled "More Expensive Phone Company." The other door without the line is label, "Less Expensive Phone Power." After careful consideration he decides to use common sense and choose the less expensive, Phone Power door. The tag line reads, "Sometimes people just want to pay less!"



# HoneyBee Tours

Explore the inner workings of the Volkswagen Golf with inside tours from a bee's perspective. What can you see?



EXHAUST    ENGINE    BRAKES    STEERING

**Click on the part to take the tour.**

## 03

**VOLKSWAGEN** | German Campaign

**Client.** Untitled Productions

**Project.** To create multiple concepts for the German Volkswagen campaign.

**Description.** This concept was based on the detail of the Volkswagen not visible to the human eye. Things that could be seen by taking inside tours of the car with a bee cam. This campaign focused on the manufacturer's attention to detail and quality.





**03**

<span style="color:green">VOLKSWAGEN GOLF</span> | German Campaign

**Client.** Untitled Productions                    Description.

**Project.** To create multiple concepts for the
German Volkswagen campaign.



**04**

**HEWLETT PACKARD  |  HP Media Server Webisodes**

**Client.** Hewlett Packard

**Project.** Create a series of animated webisodes promoting the HP Media Server.

**Description.** I worked as an animator with a team of designers and animators at Goodby, Silverstein & Partners. These webisodes were used to promote the new Media Network technology available through HP by showing how valuable a direct server can be for backing up media.

# The Snowman





**05**   THE SNOWMAN | Animated Short Film

Sponsored by. Goodby, Silverstein & Partners

Project. Animated Short Film.

Description. Worked in collaboration with a small independent team. Goodby, Silverstein & Partners funded support for development and beginning animation. The Snowman must battle a hungry gang of rabbits when he looses his carrot nose.






**05**

**THE SNOWMAN** | Animated Short Film

Sponsored by. Goodby, Silverstein & Partners

Project. Animated Short Film.

Description. Worked in collaboration with a small independent team. Goodby, Silverstein & Partners funded support for development and beginning animation. The Snowman must battle a hungry gang of rabbits when he looses his carrot nose.



**CONCEPT & ART DIRECTION**
The music video stage was build to represent the inside of a penny arcade music box. The lights where set on timers to represent the flashing lights the viewer would see from the exterior. The band plays the same song over and over again as the money rolls in.

**06**

COLLIDE | Music Video

Client. Solace and Fury

Project. Music Video

Description. Headed a production team on this independent music video to help promote the band and their music.







# 07

**THE VIRAL FACTORY** | Presentation material

Client. The Viral Factory

Project. Presentation Branding.

Description. Designed presentation materials for acquiring new clients involved in viral seeding and interactive advertising. The group wanted a clever presentation that kept the information simple and clean.



**TV OPENING CONCEPT.**

Destination Unknown is a travel show that sends it'd host to various cities around the United States without any knowledge of his location. The opener for the show uses this premise by starting on empty postcards that reveal different locations through animation and graphics. We start with a postcard that reveals a plane. We see the host in the window and he waves. It flies past screen and we see him flying higher in the sky when a sign pops in that reads, "1 Plane Ticket."

The next postcard is revealed and graphics animate into frame that have a farm and country theme. The sign reads, "Culture Unknown."

This action is repeated with similar signs including, "Atmosphere Unknown" and "Lifestyle Unknown," to explain more details about the show.

We end on a final postcard with graphics that represent many different landmarks. The final sign reads the title for the show, "Destination Unknown."

**08**   **DESTINATION KNOWN** | TV Pilot

Client. Reel Good Pictures

Project. TV Pilot Opening

Description. Designed and animated the opening of the TV pilot, Destination Unknown. The premise of the show is about traveling host that tours country as he flies to different destinations without knowing the location.



**09**

ORBIT | Music Video

Client. You Said Saturday

Project. Music Video

Description. Headed a production team on this independent music video in efforts to help promote the band and their music.

Gmail - Your online resume has been successfully submitted



Kelly Wilson <kellyannewilson@gmail.com>

## Your online resume has been successfully submitted

1 message

**recruiting@pixar.com** <recruiting@pixar.com>                                          Mon, Oct 12, 2009 at 10:38 AM
To: kellyannewilson@gmail.com

charset=US-ASCII

Dear Kelly Wilson,

Thanks for applying for the [10368-Desk Production Assistant] position at Pixar! We received your resume and will review it with the hiring team to determine if your skills, knowledge, and abilities are a match for the position you applied for. If so, we will contact you!

Depending on the nature of the position, we may require either a sample flatwork portfolio or a DVD demo reel in order to be considered. Please refer to the specific job description for submission guidelines. If applicable, please send your material to the following address:

Pixar Animation Studios
Attn: Recruiting / (list the position of interest)
1200 Park Avenue
Emeryville, CA 94608

Because of the high volume of resumes, demo reels and portfolios we receive, we are unable to respond to applicants individually (as much as we'd like to!) or provide feedback. If you do not hear from us, we invite you to re-apply in the future if another position of interest is posted.

We sincerely appreciate your interest in working with us at Pixar Animation Studios!

The Recruiting Department

(Please don't respond to this email as it is automatically generated from our recruiting database. Thanks!)