# EXHIBIT 43

|  |  |
|---|---|
| **From:** | carbonmachine <carbonmachine@aol.com> |
| **To:** | kellyannewilson <kellyannewilson@gmail.com> |
| **Subject:** | Disney Stuff |
| **Date:** | Fri, Dec 12, 2008 8:00 pm |
| **Attachments:** | DisneyReleaseForm.jpg (1514K), Neil_Wrischnik_Cover_Letter_Disney.doc.wps (9K), Neil_Wrischnik_Resume.pdf (1904K) |

December 12, 2008
Walt Disney Animation Studios
500 S. Buena Vista Street
Burbank, CA 91521-4850

To whom it may concern,

   Hi, I am writing in regards to a character animator position. I have just recently graduated from the Academy of Art University with a B.F.A. in Character Animation. At the school I completed Pixar Classes 1,2, and 3. I feel that I have a thorough knowledge of character animation, acting, and solid traditional art skills. Examples of which can be seen on the enclosed demo reel.
   I am just moving to the L.A. area and will be available anytime after December 22. I'm extremely excited about the opportunity and look forward to hearing more from you about it. Thank you for your time and consideration.

Sincerely,

Neil Wrischnik
415.710.5234
carbonmachine@aol.com
neilsanimation.com

---

The weather's getting colder, but the movies are getting hotter. Get the Moviefone Toolbar and see Moviefone's holiday movie guide today.

| 1 Attached Images |
|---|



# Neil Wrischnik

2305 S. Halm Ave Apt.3
Los Angeles, CA 90034
(415) 710-5234
carbonmachine@aol.com
neilsanimation.com

**Education:**

Academy of Art University, San Francisco, CA
Sept. 2003-Dec. 2008
BFA in Character Animation

Relevant Animation Classes:
Pixar 1- taught by Pixar animators Stephen Gregory and Andy Beall
Pixar 2- taught by Pixar animators Mike Wu and Adam Burke
Pixar 3- taught by Pixar animators Mark Walsh and Travis Hathaway
Finalist in "Experimental Animation" for "Assembly Life" stop motion short, Academy Art Spring Show 2004

**Skills:**

Animation:
Solid understanding of animation principles, acting, storytelling, and design, with experience in 3D, 2D, and stop motion character animation.

Software Experience:
Maya, Photoshop, After Effects, Final Cut Pro, Painter, Premiere, Flip Book.

Traditional Art:
Life drawing, sketching, 2D animation, character design, storyboarding

**Work Experience:**

- Goodby, Silverstein, and Partners                                      05/2008-11/2008
  720 California St. San Francisco CA 94108
    Animator
    Animation and Motion Graphics Department
    Executive Producer: Jolene Wright
    415.392.0669

- Lipzoo Inc.                                                            08/2007-09/2007
  3354 24th St. San Francisco CA 94110
    Animator
    Pre-visual character animation for a music video
    Director: Jin Joo
    415-337-0944
    Art Supervisor:  Steve Deluca
    415-786-2390

- "The Shimmering"  *A live action short film.*                          08/2006-09/2006
   Industry Standard Productions, Los Angeles, CA.
    Animator - Realistic eels in the underwater scuba diving scene.
    Art Supervisor: Steve Deluca
    415-786-2390
    Director: Darius Shahmir



# WALT DISNEY ANIMATION STUDIOS ARTISTIC SUBMISSION

**APPLICATION**

**PERSONAL INFORMATION**

Please note: Do not send original artwork. All submissions should be non-returnable copies.

Name: ☒ Mr. ☐ Ms. NEIL WRISCHNIK

Address: 2305 S. Halm Ave. Apt. 3
Los Angeles, CA 90034

Home Phone # _____  Cell Phone # 415-710-5234

Work Phone # _____  Email Address: CARBONMACHINE @ AOL

1. Where do you currently work? _____

2. If offered employment, can you provide evidence of your identity and United States employment eligibility as required by the Immigration Reform and Control Act of 1986? ☒ YES ☐ NO

3. If you are not a U.S. citizen, permanent resident, temporary resident, asylee or refugee, please list:

Visa Type: _____  Expiration Date: _____

4. How did you hear about our opportunities? Disney Representative on campus

**POSITION APPLYING FOR**

Please be specific as this helps us place you appropriately.

- ☐ Art Director
- ☐ Storyboard Artist
- ☐ Visual Development - Character
- ☐ Visual Development - Environment
- ☐ Orthographics – Character
- ☐ Orthographics – Set
- ☐ Modeler
- ☒ Character Animator
- ☐ Layout
- ☐ Texture Painter
- ☐ Effects Animator
- ☐ Lighter/Compositor
- ☐ Technical Director – Character
- ☐ Technical Director – Hair/Cloth
- ☐ Technical Director – Shaderwriter
- ☐ Technical Director – Effects
- ☐ Technical Director – Pipeline
- ☐ Other _____

**MATERIALS SUBMITTED**

See the Submission Guidelines for accepted formats and additional information.

☒ UPLOAD - www.DisneyMouseLink.com   ☒ Website: http:// NEILSANIMATION.COM

☒ DVD (NTSC-Reg. 1 or 0)*   ☐ CD/DVD Digital Media*   ☐ Portfolio (No Originals)

* Please include a reel breakdown list outlining your efforts and the software used.

Artist understands that Artist shall not receive any compensation for submitting work to Walt Disney Animation Studios and Walt Disney Pictures ("WDAS"), and further understands that WDAS may submit such materials to other parties. Artist represents and warrants that, consistent with the attached Submission Guidelines, Artist has the right to copy and distribute the work submitted and Artist authorizes copying, for review purposes only, of submitted work for inclusion in WDAS's internal electronic database. Artist recognizes the possibility that the Submission may be identical with or similar to material which has or may come to WDAS from other sources or may be identical with or similar to material already in development at WDAS. Such identity or similarity has in the past given rise to litigation; therefore, unless WDAS can obtain adequate protection in advance, WDAS will refuse to consider or examine the Submission. The protection for WDAS must be sufficiently broad to protect WDAS, all related parties including, without limitation, WDAS's officers, directors shareholders, employees, agents, representatives, licensees, assigns, parents and affiliates, and all parties to whom WDAS or the aforementioned parties submit material or have been or may be involved in developing, financing or exploiting materials and properties generally. Therefore, all references to "WDAS" shall include each and all of the foregoing related parties.

Nothing in this agreement, or the submission of work, shall be deemed to place WDAS in any different position from any other member of the public with respect to the Submission. Accordingly, any part of such material, which could be freely used by any member of the public, may be used by WDAS without liability to Artist or any other party claiming from or through Artist. Artist understands and agrees that WDAS's use of material similar to or identical with the Submission or containing features or elements similar to or identical with those contained in the Submission shall not obligate WDAS to negotiate with Artist nor entitle Artist to any compensation or other entitlement if WDAS determines that WDAS has an independent legal right to use such other material (e.g., because such features or elements were not new or novel, were not originated by Artist, or were or may hereafter be independently created by or submitted to WDAS). Additionally Artist agrees that WDAS is not responsible for any loss or damage to submitted work.

Accepted and Agreed to By: _[signature]_   Date: 12-11-08

Signature Required

FOR OFFICE USE ONLY

DOR _____   R _____
IN _____   G _____
☐ DB   ☐ AB   D _____

Walt Disney Animation Studios Artistic Submission Guidelines, Rev. 071107
© Disney