KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ERIN J. COX (State Bar No. 267954)
erin.cox@mto.com
JORDAN D. SEGALL (State Bar No. 281102)
jordan.segall@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY WILSON,<br><br>             Plaintiff,<br><br>     vs.<br><br>THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., WALT DISNEY PICTURES, and WALT DISNEY MOTION PICTURES GROUP, INC.,<br><br>             Defendants. | Case No. 3:14-cv-01441-VC<br><br>**DECLARATION OF MATT ROBERTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:   Hon. Vince G. Chhabria<br>Date:    April 9, 2015<br>Time:   10:00 a.m.<br>Ctrm:   4 |

I, Matt Roberts, declare as follows:

1.   I am an artistic recruiter for Walt Disney Animation Studios.  I am submitting this declaration in support of Defendants' Motion for Summary Judgment and Opposition to Plaintiff's Motion for Partial Summary Judgment.  The facts set forth in this declaration are based on my personal knowledge.  If called as a witness, I could and would competently testify to the facts contained herein.

2.   I received a Bachelor's degree in Entertainment Arts from California State University, Fullerton in 2004, and joined Walt Disney Animation Studios in 2007 as a recruiting coordinator.  I transitioned to the position of recruitment representative in 2009.  A recruitment representative, like a recruiting coordinator, handles various administrative responsibilities such as scheduling candidates for interviews, processing applications, and assisting with onboarding of new hires, but takes on more responsibility for actual recruitment of candidates.  I became an artistic recruiter in 2010.

3.   As an artistic recruiter at Walt Disney Animation Studios, I recruit for the disciplines of animation, visual development, story, and modeling for all levels of positions—intern, apprentice, and professional.

4.   Walt Disney Animation Studios no longer accepts hard copy applications; everyone must apply online through our website, DisneyAnimation.com.  But even before that policy was put in place a couple of years ago, applicants would still typically apply online.

5.   Application information, resumes, and artistic reels that are uploaded by applicants through Walt Disney Animation Studios' website is stored in a candidates database.  Only the recruiting department has access to the candidates database, and anyone beyond recruitment can only view what recruitment shares with them.  The heads of the individual departments or disciplines a recruiter represents (in my case, animation, visual development, story, and modeling) are referred to as the "hiring managers."  The hiring managers are not part of the initial screening of applications.

6.   As a first step in the recruiting process, the recruiter screens the talent pool in the candidates database to identify candidates for a particular position. A recruiter will only share

-1-

1   information regarding a candidate with a hiring manager if the recruiter feels that the candidate is
2   qualified for the position being recruited against.  The recruiter will review applications in the
3   candidate database and assess any artistic submissions with a numerical score.  This assessment
4   determines whether the candidate will be forwarded to the hiring manager for official
5   consideration for the position.

6        7.     The recruiter will input his assessment of the candidate's materials into the
7   candidate database, so the candidate's profile will reflect who reviewed the artistic submission,
8   what score it received, and any other notes input by the recruiter.

9        8.     After this initial assessment, the recruiter puts together reel and portfolio reviews
10  for qualified candidates in whatever discipline is being recruited, and then shows a round of
11  candidates to the hiring managers.  The hiring managers make the decision whether to call a
12  candidate in for an interview.

13       9.     Any hard copy documents or artistic reels sent in by unsuccessful candidates are
14  recycled after the position is filled.  Walt Disney Animation Studios uses a secure recycling plant,
15  Iron Mountain, which destroys the materials.  Documents and reels that are submitted
16  electronically online by an applicant are retained indefinitely with the applicant's profile in Walt
17  Disney Animation Studios' candidates database.

18       10.     I located two profiles for Neil Wrischnik in Walt Disney Animation Studios'
19  candidates database.  One profile is connected with Mr. Wrischnik's email address
20  "carbonmachine@aol.com," which was used for his June 25, 2009 application for the positions of
21  character animator, CG animator, and story artist.  In the candidates database, the identification
22  number for this profile is #586.  A second profile for Mr. Wrischnik is connected with another
23  email address, "neil.wrischnik@gmail.com," which was used for Mr. Wrischnik's March 23, 2010
24  application for the positions of CG animator and summer associate CG animator.  The
25  identification number for this profile in the database is #1612.

26       11.     I took screenshots of Mr. Wrischnik's profile #586, and printed the resume that was
27  linked to profile #586.  These documents were marked as exhibits by Plaintiff's counsel during my
28  deposition; true and correct copies of these documents are attached to my declaration as Exhibit 1.

-2-

1   I also downloaded the digital reel Mr. Wrischnik uploaded to this profile, which was produced to

2   Plaintiff along with the screenshots and resume for this profile.  The produced version of the

3   native .mov file was labeled WDP_000000128.  A DVD containing a true and correct copy of the

4   reel uploaded to Mr. Wrischnik's profile #586 is attached as Exhibit 2.

5         12.   I took screenshots of Mr. Wrischnik's profile #1612, and printed the resume and

6   portfolio that was linked to profile #1612.  The portfolio is a one-page document titled "Demo

7   Reel Breakdown Information" that explains which portions of the artistic reel Mr. Wrischnik

8   submitted were created by him, and not based on models or rigs created by someone else.  These

9   documents were also marked as exhibits by Plaintiff's counsel at my deposition; true and correct

10   copies of these documents are attached here as Exhibit 3.  I downloaded the digital reel Mr.

11   Wrischnik uploaded to this profile in connection with his March 23, 2010 application, which was

12   produced to Plaintiff as well.  The produced version of the native .mov file was labeled

13   WDP_000000138.  A DVD containing a true and correct copy of the reel uploaded to Mr.

14   Wrischnik's profile #1612 with his March 23, 2010 application is attached as Exhibit 4.

15         13.   I am the recruiter that reviewed and assessed Mr. Wrischnik's digital reels which

16   were submitted with his June 25, 2009 application (profile #586) and his March 23, 2010

17   application (profile #1612)—my name appears under the "reviewer" column in Exhibit 1 at

18   WDP_00000125 and in Exhibit 3 at WDP_00000134.  Based on my review of Mr. Wrischnik's

19   profiles, I did not forward his applications to a hiring manager.  If I had, Mr. Wrischnik's profiles

20   would reflect feedback from the hiring managers on the same review page as my recruiter

21   evaluation.  Mr. Wrischnik's profiles show that I was the only person who reviewed his reels.

22         14.   The artistic reels submitted by Mr. Wrischnik to Walt Disney Animation Studios,

23   which can be watched on the DVDs attached as Exhibits 2 and 4, do not contain any animation

24   clips with a snowman character.

25        //

26        //

27

28

1     I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct, and that this declaration was executed this 11 day of March 2015, at Burbank,

3   California.

4                                                    _____

5                                                         MATT ROBERTS

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-