KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ERIN J. COX (State Bar No. 267954)
erin.cox@mto.com
JORDAN D. SEGALL (State Bar No. 281102)
jordan.segall@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY WILSON,<br><br>             Plaintiff,<br><br>     vs.<br><br>THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., WALT DISNEY PICTURES, and WALT DISNEY MOTION PICTURES GROUP, INC.,<br><br>             Defendants. | Case No. 3:14-cv-01441-VC<br><br>**EXHIBIT 5 TO THE DECLARATION OF ERIN J. COX IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**<br><br>Judge:  Hon. Vince G. Chhabria<br>Date:   April 9, 2015<br>Time:   10:00 a.m.<br>Ctrm:   4 |

# EXHIBIT 5

# Disney Enterprise Human Resources
## Candidate Search and Display
### The Walt Disney Company

| | |
|---|---|
| **Candidate Id** | 2035137 |
| **Name** | Kelly Wilson |
| **Address** | 2305 S. Halm Ave. Apt 3  Los Angeles CA |
| **Phone** | 310-415-5964 |
| **Email** | kellyannewilson@gmail.com |
| **Create Date** | Sep 25, 2008 1:47:33 AM |
| **Last Update Date** | Sep 25, 2008 1:51:42 AM |
| **Candidate Profile Created By** | |
| **Attachments** | KWilson_Resume_0330138.pdf |
| **Resume (RTF)** | OBJECTIVE:<br><br>To acquire a position in a production company, or as an assistant to a director to expand my knowledge of and experience in the film industry.<br><br>EDUCATION:<br> 2003-2008   Academy of Art University San Francisco, CA<br>            Motion Pictures and Television: Directing<br>            Spring 2008 Graduation BFA  Cum Laude<br><br> 1999-2003  William Horlick High School, Racine, WI<br>   High School Diploma - Graduated with High Honors: 4.2<br><br>PROFESSIONAL EXPERIENCE:<br>January 2005  Goodby, Silverstein & Partners    San Francisco, CA<br>  to Present<br><br>Clients include: Comcast, Sprint, HD DVD, Saturn, Dreyer's INC, California Milk Processors Board, Hewlett-Packard, Anheuser-Busch, Netflix, Specialized Bicycles, Adobe, Elizabeth Arden, Diamond of California, Haagen Dazs, Doritos/Frito Lay, Rolling Rock, SF Connect, Keep America Beautiful, Commonwealth Bank of Austrailia.<br><br>    Animator<br>∞ 2D graphic animation<br>∞ Compositing and lighting<br>∞ Logo design and development for various products/clients.<br><br>     Producing/Scheduling/Operations Post Productions<br>∞ Producing work including bids, invoices, management, and delivery.<br>∞ Schedule/monitor edit bays, |

## Disney Enterprise Human Resources
**Candidate Search and Display**
**The Walt Disney Company**

| | |
|---|---|
| **Candidate Id** | 2035137 |
| **Name** | Kelly Wilson |
| **Address** | 2305 S. Halm Ave. Apt 3  Los Angeles CA |
| **Phone** | |
| **Email** | |
| **Create Date** | Sep 25, 2008 1:47:33 AM |
| **Last Update Date** | Sep 25, 2008 1:51:42 AM |
| **Candidate Profile Created By** | |
| **Attachments** | |
| **Resume (RTF)** | freelancers, and rental equipment<br>∞ Department coordinator, basic accounting and public relations work<br><br>    Media Technician<br>∞ Building and compiling reels, broadcast dubs<br>∞ Simple editing tasks, such as building title cards and sequences.<br><br> February 2007  Rolling Rock: Ron Stablehorn Seminar Web Advertisement     2nd Assistant Director<br>∞ Assisted director Yogi Graham on a web video featuring Ron Stablehorn, fictional CEO of<br>Rolling Rock Brewery.<br><br> Fall 2006   SF Connect: Volunteering is Sexy Commercials: Tree/Mural/Kitchen     2nd Assistant Director<br>∞ Assisted director Steph Green on three commercials for the SF Connect organization in<br>San Francisco.<br><br> 2006    The Village Barbershop Sponsor Trailer     Electric/Miscellaneous Crew<br>∞ Worked as an electric/miscellaneous crewmember for the trailer. It was used to help<br>raise money for the final feature.<br><br>PERSONAL FILMS:<br> Spring 2008  The Snowman (Animated Short)<br> Spring 2008  Confession (Short Film)<br> Fall 2007  Teddy Bear Blackmail (Short Film)<br> Fall 2007  A Visit from Death (Short Film)<br> Spring 2007  Collide by Solis (Music Video)<br> Winter 2006  Rich S. vs. The Ggbd Man (Animated Short)<br> Spring 2006  Orbit by You Said Saturday (Music Video) |

## Disney Enterprise Human Resources
### Candidate Search and Display
### The Walt Disney Company

| | |
|---|---|
| **Candidate Id** | 2035137 |
| **Name** | Kelly Wilson |
| **Address** | 2305 S. Halm Ave. Apt 3  Los Angeles CA |
| **Phone** | |
| **Email** | |
| **Create Date** | Sep 25, 2008 1:47:33 AM |
| **Last Update Date** | Sep 25, 2008 1:51:42 AM |
| **Candidate Profile Created By** | |
| **Attachments** | |
| **Resume (RTF)** | SOFTWARE AND OTHER QUALIFICATIONS:<br> • Microsoft Word, Excel, Power Point, Entourage, File Maker Pro, Final Cut Pro, After Effects CS3, Photoshop, Illustrator, In Design, Avid Express, Soundminer, Cleaner, Handbrake, Dreamweaver, Dub Chain knowledgeable.<br> • ARRI III, ARRI SR, ARRI S, Bolex, Panasonic DVX 100 and other digital cameras.<br><br>kellyannewilson@gmail.com |
| **Requisition History** | **Requisition ID** / **JobTitle** / **Last Activity**<br>177753 / SECRETARY 2- / Email Sent |
| **Assessment** | **Requisition ID** / **Job Title** / **Completed Date** |
| **Offers** | **Requisition ID** / **CandidateID**<br>177753 / 2035137 |
| **Employee Status Code** | |
| **Employee Status** | |
| **Personnel Area Code** | |
| **Personnel Area Text** | |
| **Personnel Subarea Code** | |
| **Personnel Subarea** | |
| **Employee Group Code** | |
| **Employee Group** | |
| **Employee Subgroup Code** | |
| **Employee Subgroup** | |
| **Terminate Date** | |

## Disney Enterprise Human Resources
**Candidate Search and Display**
**The Walt Disney Company**

| | |
|---|---|
| **Candidate Id** | 2035137 |
| **Name** | Kelly Wilson |
| **Address** | 2305 S. Halm Ave. Apt 3  Los Angeles CA |
| **Phone** | |
| **Email** | |
| **Create Date** | Sep 25, 2008 1:47:33 AM |
| **Last Update Date** | Sep 25, 2008 1:51:42 AM |
| **Candidate Profile Created By** | |
| **Attachments** | |
| **Resume (RTF)** | |
| **Requisition History** | **LastActivityDate**<br><br>Sep 25, 2008 1:51:42 AM |
| **Assessment** | Question   Answer   Score |
| **Offers** | |
| **Employee Status Code** | |
| **Employee Status** | |
| **Personnel Area Code** | |
| **Personnel Area Text** | |
| **Personnel Subarea Code** | |
| **Personnel Subarea** | |
| **Employee Group Code** | |
| **Employee Group** | |
| **Employee Subgroup Code** | |
| **Employee Subgroup** | |
| **Terminate Date** | |

© Disney Confidential
CONFIDENTIAL
TWDC_00000019

## Disney Enterprise Human Resources
**Candidate Search and Display**
The Walt Disney Company

| | |
|---|---|
| Oganizational Unit | |
| Most Recent Org Change Date | |
| Building (Work Location Code) | |
| Rehire Status Code | |
| Rehire Text | |
| Candidate Screening (Assessments) | |
| Activities | |
| Current / Previous Employer | |
| Current/ Previous Title | |
| Available date | |
| Starting Salary/Wage Expected | |
| Disqualified Reason | |
| References | |
| Candidate Expense | |
| Skills | ☐ |
| Candidate Source | RELATIVE / FRIEND |
| Specific Source | FRIEND |
| Detail | |
| Employee Referral Details | |
| Candidate Evaluation Information | |
| Parks & Resorts Application Review | |
| App Review Valid Email | |
| App Review Rating | |
| App Review WDPR Recruiter | |
| Placement Details Location | |
| Work Status Recommendation | |
| Application Review Date | |
| DLR Primary Recommendation | |
| DLR Secondary Recommendation | |
| WDW Primary Recommendation | |

Page :5

© Disney Confidential

## Disney Enterprise Human Resources
**Candidate Search and Display**
**The Walt Disney Company**

| Field | Value |
|---|---|
| WDW Secondary Recommendation | |
| Parks & Resorts Wait list Placement | |
| Skill Code Details Status | |
| Skill Code Details Location | |
| Carpool | |
| LYNX | |
| Minor | |
| DLook | |
| DLR Alt Avail | |
| Availability Exception | |
| Skill Code Date | |
| Skill Code Expiration Date | |
| Work Status FT | |
| Work Status CR | |
| Work Status CT | |
| Wait List DLR Primary Recommendation | |
| Wait List DLR Secondary Recommendation | |
| Wait List WDW Primary Recommendation | |
| Wait List WDW Secondary Recommendation | |
| Skill Code Comments | |
| Individual Access Code | |
| Background Check Information | |
| Date Requested | |
| Requesting Recruiter | |
| Date Result Received | |
| Event History | |
| Availability | |
| Phone Screens | |
| WDPR College Program Details | |
| WDPR College Source data | |
| WDPR College Program Housing request | |

**Disney Enterprise Human Resources**
**Candidate Search and Display**
**The Walt Disney Company**

| | |
|---|---|
| **WDPR College Program Choice 1** | |
| **WDPR College Program Choice 2** | |
| **WDPR College Program School Attending** | |
| **WDPR College Program Other (school not listed) 1** | |
| **WDPR College Program Presentation School** | |
| **WDPR College Program Other(school not listed) 2** | |
| **WDPR College Program Sign-In Appointment** | |
| **WDPR College program Arrival Date (housing only)** | |
| **WDPR College Program Departure Date** | |
| **WDPR College Program Offer Season** | |
| **WDPR College Program Offer Year** | |

# kelly wilson

2305 S. Halm Ave. Apt.3
Los Angeles, CA 90034
310.415.5964



**OBJECTIVE:**
To acquire a position in a production company, or as an assistant to a director to expand my knowledge of and experience in the film industry.

**EDUCATION:**

| | |
|---|---|
| 2003-2008 | Academy of Art University  San Francisco, CA<br>Motion Pictures and Television: Directing<br>Spring 2008 Graduation BFA  Cum Laude |
| 1999-2003 | William Horlick High School, Racine, WI<br>High School Diploma - Graduated with High Honors: 4.2 |

**PROFESSIONAL EXPERIENCE:**

January 2005 to Present    **Goodby, Silverstein & Partners     San Francisco, CA**
Clients include: Comcast, Sprint, HD DVD, Saturn, Dreyer's INC, California Milk Processors Board, Hewlett-Packard, Anheuser-Busch, Netflix, Specialized Bicycles, Adobe, Elizabeth Arden, Diamond of California, Haagen Dazs, Doritos/Frito Lay, Rolling Rock, SF Connect, Keep America Beautiful, Commonwealth Bank of Austrailia.

**Animator**
- 2D graphic animation
- Compositing and lighting
- Logo design and development for various products/clients.

**Producing/Scheduling/Operations Post Productions**
- Producing work including bids, invoices, management, and delivery.
- Schedule/monitor edit bays, freelancers, and rental equipment
- Department coordinator, basic accounting and public relations work

**Media Technician**
- Building and compiling reels, broadcast dubs
- Simple editing tasks, such as building title cards and sequences.

February 2007    **Rolling Rock: Ron Stablehorn Seminar Web Advertisement**
**2nd Assistant Director**
- Assisted director Yogi Graham on a web video featuring Ron Stablehorn, fictional CEO of Rolling Rock Brewery.

Fall 2006    **SF Connect: Volunteering is Sexy Commercials: Tree/Mural/Kitchen**
**2nd Assistant Director**
- Assisted director Steph Green on three commercials for the SF Connect organization in San Francisco.

2006    **The Village Barbershop Sponsor Trailer**
**Electric/Miscellaneous Crew**
- Worked as an electric/miscellaneous crewmember for the trailer. It was used to help raise money for the final feature.

**PERSONAL FILMS:**

| | | |
|---|---|---|
| Spring 2008 | *The Snowman* (Animated Short) | Writer/Director –in production |
| Spring 2008 | *Confession* (Short Film) | Writer/Director –in production |
| Fall 2007 | *Teddy Bear Blackmail* (Short Film) | Writer/Director |
| Fall 2007 | *A Visit from Death* (Short Film) | Writer/Director |
| Spring 2007 | *Collide by Solis* (Music Video) | Director |
| Winter 2006 | *Rich S. vs. The Ggbd Man* (Animated Short) | Writer/Director |
| Spring 2006 | Orbit by You Said Saturday (Music Video) | Director |

**SOFTWARE AND OTHER QUALIFICATIONS:**
- Microsoft Word, Excel, Power Point, Entourage, File Maker Pro, Final Cut Pro, After Effects CS3, Photoshop, Illustrator, In Design, Avid Express, Soundminer, Cleaner, Handbrake, Dreamweaver, Dub Chain knowledgeable.
- ARRI III, ARRI SR, ARRI S, Bolex, Panasonic DVX 100 and other digital cameras.

kellyannewilson@gmail.com