1   KELLY M. KLAUS (State Bar No. 161091)
    kelly.klaus@mto.com
2   ERIN J. COX (State Bar No. 267954)
    erin.cox@mto.com
3   JORDAN D. SEGALL (State Bar No. 281102)
    jordan.segall@mto.com
4   MUNGER, TOLLES & OLSON LLP
5   560 Mission Street, Twenty-Seventh Floor
    San Francisco, California 94105
6   Telephone:     (415) 512-4000
    Facsimile:     (415) 512-4077
7
8   Attorneys for Defendants

9
                        UNITED STATES DISTRICT COURT
10
          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
11

12
    KELLY WILSON,                         Case No. 3:14-cv-01441-VC
13
                Plaintiff,                **EXHIBIT 12 TO THE DECLARATION
14                                        OF ERIN J. COX IN SUPPORT OF
                                          DEFENDANTS' MOTION FOR
15         vs.                            SUMMARY JUDGMENT AND
                                          OPPOSITION TO PLAINTIFF'S
16  THE WALT DISNEY COMPANY, DISNEY       MOTION FOR PARTIAL SUMMARY
    ENTERPRISES, INC., WALT DISNEY        JUDGMENT**
17  PICTURES, and WALT DISNEY MOTION
    PICTURES GROUP, INC.,                 **UNREDACTED VERSION OF
18                                        DOCUMENT SOUGHT TO BE SEALED**
                Defendants.
19
20                                        Judge:  Hon. Vince G. Chhabria
                                          Date:   April 9, 2015
21                                        Time:   10:00 a.m.
                                          Ctrm:   4
22

23

24

25

26

27

28

# EXHIBIT 12



**Talent Record: Wilson, Kelly**

Actions ▾

| 10 Miland Dr. Apt EB | Candidate Type: External | Notes: Add/View | Viewed (this req): | Candidate ref num: |
|---|---|---|---|---|
| Hill Valley, California 94941 | HR Status: | Forms: Add/View | N/A | 187770 |
| 310-415-5964 | N/A | Communications: Send/View | Last viewed (global): | Codes: Add/View |
| kellyannewilson@gmail.com | HR status date: | Attachments: Add/View | 28-Oct-2014 | TG score: |
| | N/A | | Last viewed (global) by: | N/A |
| | HR status updated by: | | Dabrowski, Michael (407-828-2783 8-222-2783) | How received: |
| | N/A | | Social Networks: in | Talent Gateway |

Contact Details | Resume/CV | **Cover Letter**

Print | Edit

No Records Found.

Submission History | **Action Log**

Print | Search | Filter ▾

| Action | Date ▾ | Action by | Details | Name/Type | From | To | Folder |
|---|---|---|---|---|---|---|---|
| Form Added | 21-Nov-2011 | Submission, System () | Form ID: 2062046 | Job Response-Professional Gateway EXTERNAL | | | 9243BR:Associate Producer |
| Form Added | 21-Nov-2011 | Submission, System () | Form ID: 2062045 | Talent-Gateway-Professional Gateway EXTERNAL | | | |
| Form Added | 21-Nov-2011 | Submission, System () | Form ID: 2062044 | Branching Logic | | | |
| Form Added | 21-Nov-2011 | Submission, System () | Form ID: 2062043 | Source Codes | | | 9243BR:Associate Producer |
| Form Added | 21-Nov-2011 | Submission, System () | Form ID: 2062042 | Application Master | | | |
| Form Edited | 21-Nov-2011 | Submission, System () | Form ID: 2061857 | EEO Information | | | |
| HR Status - Updated | 21-Nov-2011 | Submission, System () | | Status History | | 0-Filed | 9243BR:Associate Producer |
| Form Added | 21-Nov-2011 | Submission, System () | Form ID: 266675 | GQ Job Response-Professional Gateway EXTERNAL | | | 9243BR:Associate Producer |
| Added to Folder | 21-Nov-2011 | Submission, System () | | | | 0-Filed | 9243BR:Associate Producer |
| Form Added | 21-Nov-2011 | Submission, System () | Form ID: 2061862 | Job Response-Professional Gateway EXTERNAL | | | 10384BR:Associate Producer |
| Form Added | 21-Nov-2011 | Submission, System () | Form ID: 2061861 | Talent-Gateway-Professional Gateway EXTERNAL | | | |
| Form Added | 21-Nov-2011 | Submission, System () | Form ID: 2061860 | Branching Logic | | | |
| Form Added | 21-Nov-2011 | Submission, System () | Form ID: 2061859 | Source Codes | | | 10384BR:Associate Producer |
| Form Added | 21-Nov-2011 | Submission, System () | Form ID: 2061858 | Application Master | | | |
| Form Added | 21-Nov-2011 | Submission, System () | Form ID: 2061857 | EEO Information | | | |
| HR Status - Updated | 21-Nov-2011 | Submission, System () | | Status History | | 0-Filed | 10384BR:Associate Producer |
| Form Added | 21-Nov-2011 | Submission, System () | Form ID: 266655 | GQ Job Response-Professional Gateway EXTERNAL | | | 10384BR:Associate Producer |
| Added to Folder | 21-Nov-2011 | Submission, System () | | | | 0-Filed | 10384BR:Associate Producer |



Upload new attachment

| Date added | Added by | Source | Category | File | File size | Associated req(s) | Save | Posted on Portal | Document sub form | Delete attachment |
|---|---|---|---|---|---|---|---|---|---|---|

**No attachments have been uploaded for this candidate.**

EXHIBIT 124
Deponent Dundas
Date 11/10/15 Rptr P.H.
WWW.DEPOBOOK.COM

Confidential