1  KELLY M. KLAUS (State Bar No. 161091)
   kelly.klaus@mto.com
2  ERIN J. COX (State Bar No. 267954)
   erin.cox@mto.com
3  JORDAN D. SEGALL (State Bar No. 281102)
4  jordan.segall@mto.com
   MUNGER, TOLLES & OLSON LLP
5  560 Mission Street, Twenty-Seventh Floor
   San Francisco, California 94105
6  Telephone:   (415) 512-4000
   Facsimile:   (415) 512-4077
7
8  Attorneys for Defendants

9
                    UNITED STATES DISTRICT COURT
10
            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
11

12

13 | KELLY WILSON, | Case No. 3:14-cv-01441-VC
14 | Plaintiff, | **EXHIBIT 1 TO THE DECLARATION OF EDWIN FABIAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**
15 | vs. |
16 | THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., WALT DISNEY PICTURES, and WALT DISNEY MOTION PICTURES GROUP, INC., |
17 | |
18 | |
19 | Defendants. | **UNREDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**
20 | |
21 | | Judge:  Hon. Vince G. Chhabria
   | | Date:   April 9, 2015
22 | | Time:   10:00 a.m.
   | | Ctrm:   4
23

# EXHIBIT 1

**Taleo** · BUSINESS EDITION

## Candidate: Neil Wrischnik

**Requisition Summary**
No requisitions have been assigned for this candidate

**Candidate Information:**

| | | | |
|---|---|---|---|
| First name: | Neil | State/Territory: | CA |
| Last name: | Wrischnik | ZIP/Postal code: | 90034 |
| Middle: | | Country: | |
| Phone #: | 415/710-5234 | Employee ID: | |
| Mobile #: | | School Term: | |
| Email: | neil.wrischnik@gmail.com | HireVue: | |
| Street address: | 2309 South Halm Ave. Apt. 4 | Demo Reel/Portfolio Link: | |
| City: | Los Angeles | Reel/Portfolio Password: | |

**Resume and Cover Letter:**

Attach resume:

No contacts logged

**Main Status Details:**

Main status: Available     Start date:
Hired date:

**HireVue Video Interviews**

**Source:**

Source: Peoplesoft Import
Event Sub-source:
Other (Specify Source):
Referred By:

**Employee Referral Information:**

How do you know the candidate?



EXHIBIT
Fabian-150
KTB 1/22/15
Confidential

Candidate Relationship:

Why would he/she be a good fit for this position? (Please be as specific as possible.)

Position Fit:

Why would he/she be a good fit for Pixar?

Pixar Fit:

**Education History:**

### Education

| | |
|---|---|
| Date From: | City: |
| Date To: | State/Territory: |
| School Name: | School-Other: |
| Degree Achieved: | |

**Work History Summary**

No Work History Summary available

**Employment History:**

No employment history records are available

**Job Specific Questions:**

**Requisition Details:**

**Additional Details:**

| | |
|---|---|
| Former Employee: | If yes, provide details: |
| Work Authorization: | Highest Education Level: |

**Terms and Agreements:**

Electronic Signature:

Date:

**Application Acknowledgment:**

I hereby certify the information included in this application is complete and accurate in all respects:

Added to system: **4/21/10 9:25 AM**

Terms:

Copyright ©2002-2015 Taleo Corporation. All rights reserved. Privacy / Security | Terms of Use

**Taleo** BUSINESS EDITION

## Candidate: Neil Wrischnik

| Date/Time ▲ | User | Content | Method | View |
|---|---|---|---|---|
| 4/21/10 9:25 AM | Cruzat, Jun | Candidate created | | |

Copyright ©2002-2015 Taleo Corporation. All rights reserved. Privacy / Security | Terms of Use