# EXHIBIT 26

| Date | Region | VideoID | Title | Source type | Detail | Referred views |
|---|---|---|---|---|---|---|
| 1/10/2013 | US | PJ6c7RLV8ew | The Snowman | NO_LINK_OTHER | | 3 |
| 1/10/2013 | US | PJ6c7RLV8ew | The Snowman | YT_OTHER_PAGE | /enhance | 1 |
| 1/11/2013 | US | PJ6c7RLV8ew | The Snowman | NO_LINK_OTHER | | 5 |
| 1/11/2013 | US | PJ6c7RLV8ew | The Snowman | SUBSCRIBER | sdig | 1 |
| 1/12/2013 | US | PJ6c7RLV8ew | The Snowman | NO_LINK_OTHER | | 1 |
| 1/12/2013 | US | PJ6c7RLV8ew | The Snowman | YT_SEARCH | snowman and rabbit | 1 |
| 1/13/2013 | US | PJ6c7RLV8ew | The Snowman | NO_LINK_OTHER | | 1 |
| 1/15/2013 | US | PJ6c7RLV8ew | The Snowman | YT_SEARCH | snowman cartoons for children | 1 |
| 1/18/2013 | US | PJ6c7RLV8ew | The Snowman | YT_SEARCH | the snowman kelly wilson | 1 |