J. Paul Gignac, State Bar No. 125676
Mischa N. Barteau, State Bar No. 274474
**ARIAS OZZELLO & GIGNAC LLP**
115 S. La Cumbre Lane, Suite 300
Santa Barbara, California 93105
Telephone:  (805) 683-7400
Facsimile:  (805) 683-7401
j.paul@aogllp.com
mbarteau@aogllp.com

J.A. Ted Baer, State Bar No. 135092
**LAW OFFICE OF J.A. TED BAER**
21 E. Canon Perdido Street, Suite 223
Santa Barbara, California 93101
Telephone:  (805) 963-7177
Facsimile:  (801) 730-2874
ted@tedbaerlaw.com

Attorneys for Plaintiff
Kelly Wilson

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY WILSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; WALT DISNEY PICTURES, a California corporation; WALT DISNEY MOTION PICTURES GROUP, INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.  3:14-cv-01441-VC<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO DECLARATION OF J.A. TED BAER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:    Hon. Vince G. Chhabria<br>Date:     April 9, 2015<br>Time:     10:00 a.m.<br>Ctrm:     4 |

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO BAER DECLARATION
IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

ARIAS OZZELLO & GIGNAC LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT, pursuant to Local Rules 79-5 and 7-11, plaintiff Kelly Wilson ("Plaintiff") submits this Administrative Motion to File Under Seal ("Administrative Motion") Exhibits (or redacted portions thereof) 1, 3-12, 17, and 19 to the Declaration of J.A. Ted Baer in Opposition to Defendants' Motion for Summary Judgment and the unredacted version of the Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment and in Further Support of Plaintiff's Motion for Partial Summary Judgment which makes reference to information contained in those exhibits.

Plaintiff submits this Administrative Motion solely in deference to the confidentiality designations made by Defendants in this action under the Confidentiality Stipulation and Protective Order (Doc. 47) entered by the Court in this action.

By filing this Administrative Motion, Plaintiff neither concedes nor supports the sealing of the documents as to which Defendants have asserted confidentiality. Rather, Plaintiff submits that sealing should not be considered by the Court absent a clear, compelling and convincing reason to except these documents from the general rule that judicial records are public records. *See In re NVIDIA Corp. Derivative Litigation No. 125*, 2008 WL 1859067, at *3 (N.D. Cal. 2008).

Dated:  March 19, 2015                 ARIAS OZZELLO & GIGNAC LLP

                                       By: _____
                                           J. Paul Gignac
                                           Mischa N. Barteau

                                       LAW OFFICE OF J.A. TED BAER
                                       J.A. Ted Baer

                                       Attorneys for Plaintiff
                                       Kelly Wilson

ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO BAER DECLARATION
IN OPPOSITION TO DEFENDANTS' MOTION FORSUMMARY JUDGMENT