**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# EXHIBIT 1

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
 3
 4    KELLY WILSON,                    )  No.
                                       )  3:14-CV-01441-VC
 5           Plaintiff,                )
                                       )
 6    vs.                              )
                                       )
 7    THE WALT DISNEY COMPANY,         )
      DISNEY ENTERPRISES, INC.,        )
 8    WALT DISNEY PICTURES, and        )
      WALT DISNEY MOTION PICTURES      )
 9    GROUP, INC.,                     )
                                       )
10           Defendant.                )
      _____ )
11
12
13             DEPOSITION OF JAMES MCDONALD
14                 Los Angeles, California
15               Wednesday, February 25, 2015
16                       Volume I
17
18
19
20   Reported by:
     ROCHELLE HOLMES
21   CSR No. 9482
22   Job No. 2021493
23   PAGES 1 - 103
24
25
                                                    Page 1
```

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
 3
 4    KELLY WILSON,                    )  No.
                                       )  3:14-CV-01441-VC
 5           Plaintiff,                )
                                       )
 6    vs.                              )
                                       )
 7    THE WALT DISNEY COMPANY,         )
      DISNEY ENTERPRISES, INC.,        )
 8    WALT DISNEY PICTURES, and        )
      WALT DISNEY MOTION PICTURES      )
 9    GROUP, INC.,                     )
                                       )
10           Defendant.                )
      _____)
11
12
13
14
15        Deposition of JAMES MCDONALD, taken on behalf of
16    Plaintiff, at 6701 Center Drive West, Suite 1400, Los
17    Angeles, California, beginning at 1:05 p.m. and ending
18    at 4:22 p.m. on Wednesday, February 25, 2015, before
19    ROCHELLE HOLMES, Certified Shorthand Reporter No. 9482,
20    Certified Realtime Reporter No. 0123.
21
22
23
24
25
                                                    Page 2
```

1    THE WITNESS:  I feel that I am an expert when it
2  comes to writer credit determination issues and writer
3  credit issues with regard to screenplays.  I have spent
4  four decades analyzing and developing screenplays.  I
5  have worked for every studio, several production
6  companies.  I am consulted by writers when they are
7  developing screenplays.  I have consulted with writers
8  in regard to arbitration with the WGAW.  I have
9  consulted with studio executives on writer issues.  And
10  I, over the last 23 years, I have done a forensic
11  analysis on the development process of well over 50, 60
12  animated films.
13    Q  BY MR. GIGNAC:  Okay.  Do you consider yourself
14  to be an expert on the determination of whether a work
15  is an original piece of work?
16    MR. KLAUS:  Object to the form of the question.
17    THE WITNESS:  That is a very broad question.  Will
18  you define "original" for me?
19    Q  BY MR. GIGNAC:  Let me ask you this.  Do you
20  think that The Snowman created by Kelly Wilson is an
21  original work?
22    A  Yes, it is an original work.
23    Q  Okay.  Do you consider yourself to be an expert
24  on the question of whether or not one work infringes
25  upon the copyright of another work?

1      Q    Is that or at least your involvement with that
2    company your chief vocation these days?
3           MR. KLAUS:  Object to the form.
4           THE WITNESS:  No.
5      Q    BY MR. GIGNAC:  What is your primary vocation?
6      A    I do many things.  But vocation, probably
7    writer credit evaluations that I'm doing.  I also work
8    with producers.  I have some deals that I'm working on.
9      Q    Would it be fair to say that you spend the
10   majority of your time these days on the writer credit
11   issues?
12     A    I think I said earlier it was 20 to 25 or
13   30 weeks a year is what I spend on that.
14     Q    I may have missed that, and if so I apologize.
15          Anyway, we have it on the record now so we are
16   good to go.
17     A    Okay.
18     Q    Moving down to the next section, Story
19   Consultant, Expert Witness and Analyst.  The first
20   company you list is The Walt Disney Corporation.
21          Do you see that, sir?
22     A    Yes.
23     Q    I know up in the producer section you referred
24   to it as Walt Disney Pictures, and in this section it's
25   Walt Disney Corporation.  Are you intending to make a