**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# EXHIBIT 5

| | |
|---|---|
| **From:** | Elyse Klaidman <elyse@pixar.com> |
| **To:** | bigpicture <bigpicture@pixar.com>;John Lasseter <jl@pixar.com>;Ed Catmull <ec@pixar.com>;Jim Morris <morris@pixar.com> |
| **CC:** | Wendy Tanzillo <wtanzillo@pixar.com>;Heather Feng <heather@pixar.com>;Michelle Moretta <mmoretta@pixar.com>;Allysa Amundson <allysa@pixar.com> |
| **Sent:** | 4/5/2011 9:45:10 AM |
| **Subject:** | Fwd: Hong Kong exhibition! |

Hi,

I thought you all might enjoy seeing these photos of the crowds at the Pixar Exhibition in Hong Kong.  It has been open for a week and is a huge success!
The note and message below is from Sally Yu Leung, the Commissioner of the Asian Art Museum here in SF, who initially introduced us to the Hong Kong Heritage Museum.

Thanks,
e


I took some friends to see our show late Saturday afternoon and the sight of the queue was phenomenal.....began by the parking lot all the way up to the gallery entrances.   Inside the ticketing counter, they kept on broadcasting to tell the visitors the exhibit will be on view till July and they are welcome to come back if they don't want to wait in line.

Yesterday, Jeremy wrote told me that  last Saturday alone, the museum received over 9,000 visitors in one day.

CONFIDENTIAL