UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 17

```
 1              UNITED STATES DISTRICT COURT
 2   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
 3
 4    KELLY WILSON,                    )  Case No.
                                       )  3:14-CV-01441-VC
 5          Plaintiff,                 )
                                       )
 6    vs.                              )
                                       )
 7    THE WALT DISNEY COMPANY,         )
      DISNEY ENTERPRISES, INC.,        )
 8    WALT DISNEY PICTURES, and        )
      WALT DISNEY MOTION PICTURES      )
 9    GROUP, INC.,                     )
                                       )
10          Defendants.                )
                                       )
11    _____ )
12
13
14                    CONFIDENTIAL
15
16             DEPOSITION OF PAUL BRIGGS
17                Burbank, California
18             Tuesday, January 20, 2015
19                     Volume I
20
21
22   Reported by:
     ROCHELLE HOLMES
23   CSR No. 9482
24   Job No. 1995955
25   PAGES 1 - 162
```

Page 1

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
 3
 4     KELLY WILSON,                  )  Case No.
                                      )  3:14-CV-01441-VC
 5           Plaintiff,               )
                                      )
 6     vs.                            )
                                      )
 7     THE WALT DISNEY COMPANY,       )
       DISNEY ENTERPRISES, INC.,      )
 8     WALT DISNEY PICTURES, and      )
       WALT DISNEY MOTION PICTURES    )
 9     GROUP, INC.,                   )
                                      )
10           Defendants.              )
                                      )
11     _____)
12
13
14
15
16        Deposition of PAUL BRIGGS, taken on behalf of
17    Plaintiff, at 2100 Riverside Drive, Room 040, Burbank,
18    California, beginning at 1:05 p.m. and ending at 5:11
19    p.m. on Tuesday, January 20, 2015, before ROCHELLE
20    HOLMES, Certified Shorthand Reporter No. 9482, Certified
21    Realtime Reporter No. 0123.
22
23
24
25
                                                    Page 2
```

```
 1   different ideas that we were going to draw.
 2        Q    Okay.
 3        MR. KLAUS:  When you get to a good stopping point.
 4        MS. BARTEAU:  Do you want a break?
 5        THE WITNESS:  I would love a break.
 6        MS. BARTEAU:  Absolutely, let's take a break.
 7              (A brief recess was taken.)
 8        MR. KLAUS:  While we are back on the record, given
 9   that the questioning has gone through documents that
10   have been designated confidential, I would ask
11   Ms. Holmes to please designate the transcript as
12   confidential.  Thank you.
13        Q    BY MS. BARTEAU:  Mr. Briggs, if you would go
14   back to Page 1 of the brainstorm notes, I realize that
15   there are some initials here that I don't see
16   corresponding names for up top, so maybe you can shed
17   some light on this.
18             There is a first set of notes starting with
19   "DM" ending with "JL," and then it starts with "LD."
20             Do you see that?
21        A    Uh-huh.
22        Q    Do you know who LD is?
23        A    The best of my memory would be Lino DiSalvo.
24        Q    Okay.  Do you know why Lino was not a recipient
25   on the e-mail with the notes?
```

Page 73

1    A   No.

2    Q   Do you recall working with anyone with the

3  initials MP on the teaser trailer?

4    A   Not to my -- for this meeting, honestly, I

5  can't remember.

6    Q   Six lines down from MP it says, "MS."

7       Do you know who that is?

8    A   To my best recollection, it was Mark Smith,

9  also a story artist.

10    Q   Part of your crew?

11    A   Yes.

12    Q   And two lines down from MS it says "HO."

13       Do you know who that was?

14    A   I don't, no.

15    Q   Could that be Hyrum Osmond?

16    A   It could be.

17    Q   Do you recall him being at that first meeting?

18    A   I do know we had a couple of animators

19  involved. It may have been him, but I'm not

20  100 percent.

21    Q   To your knowledge besides these notes that we

22  are looking at right now, is there any other records

23  kept of the meeting in terms of who attended the

24  meeting?

25    A   To my knowledge, no.

1    mouth."
2         Is that something that John Lasseter said at
3    that meeting?
4         MR. KLAUS:  The paragraph here or just that
5    sentence?
6         Q    BY MS. BARTEAU:  Yeah.  That whole paragraph.
7    I'm wondering the JL, do you know if that's referring to
8    John Lasseter?
9         A    JL is referring to John Lasseter.
10        Q    Okay.  Do you recall how that meeting started?
11   It's a little just confusing looking at these notes.
12   You know, it just seems kind of out of the blue, "I
13   would love to get one thing where Olaf's got the twig in
14   his mouth."
15        What happened before this statement?
16        A    I'm sure context was set for the meeting of,
17   John, we are going to pitch you -- we are going to pitch
18   you a bunch of ideas that we have all been working on,
19   and they were probably just Olaf and Sven ideas, just a
20   very general description of what we were about to pitch.
21   And this probably stemmed from a reaction just to
22   hearing like, here is what you are going to be seeing.
23        Q    So do you recall if people shared their ideas
24   prior to John saying this or did John open the meeting
25   with saying what he would like to see in the teaser?

Page 84

```
 1         A    I believe we pitched after he had spoken.  We
 2    pitched, here's the ideas we have.
 3         Q    And these storyboards that we just looked at,
 4    which were marked as Exhibit 7, were those presented to
 5    John at this meeting on January 15th, 2013?
 6         A    Yes, they were.
 7         Q    And when you present storyboards, are they on
 8    paper or are they up on the wall on big boards or help
 9    me understand how you use the storyboards in the
10    meetings.
11         A    For this specific meeting, I believe these were
12    all pitched, projected on a screen from our computer,
13    working off our network and pitching digitally,
14    basically.
15         Q    Okay.
16         A    But I want to be clear though, too, some
17    artists don't draw digitally.  Some draw -- like Don
18    Dougherty drew all these on paper, had those drawings
19    scanned, and then he presented them digitally, or
20    projected.
21         Q    Okay.  So if the storyboards were projected and
22    you think that you gave your pitch after John spoke, do
23    you think that John had seen the storyboards prior to
24    making the statement of what he would love to see or do
25    you think he saw the storyboards after making that
```