# EXHIBIT 15

## JAMES McDONALD

1818 Colby Ave., #302
Los Angeles, CA 90025
310/473-1818 – Home
310/804-2039 – Cell
310/473-1212 – Fax
jmmcdonald@earthlink.net

## CAREER HISTORY

### 1990 to Present

**PRODUCER**
Feature/TV Films
- Development deals with Walt Disney Pictures, Polygram Entertainment, Propaganda Films, and Image Organization.
- Partnerships with The Avnet/Kerner Co., Allagash Films, and Partisan U.S.A.

Music
- Managing Partner of the My Songs Company and the Carousel Classics Company.

**STORY CONSULTANT, EXPERT WITNESS and ANALYST**
Walt Disney Corporation
- Animation Business Affairs Dept.: Forensic analyst for writer credit determinations.
- Feature Film Dept.: Development consultant and Story Analyst.
- Litigation Dept.: Story consultant/expert witness on several plagiarism cases.

Paul, Hastings, Jovanovich Law Firm
- Litigation Dept.: Story consultant/expert witness on two cases.

Butzel Long Law Firm
- Litigation Dept.: Story consultant/expert witness on one case.

Akin Gump Law Firm
- Litigation Dept.: Story consultant/expert witness on one case.

Warner Bros., 20th Century Fox, Miramax, Pixar, Lionsgate and Walden Media Inc.
- Story consultant and/or analyst-arbiter for writer credit determinations & issues.

### 1977 to 1990

**DEVELOPMENT EXECUTIVE**
Freddie Fields Productions – V.P., Production. Handled development of the movie GLORY.
20th Century Fox – Director of Acquisitions & Story Editor/Analyst for John Davis (studio owner at the time).

**STORY ANALYST**
20th Century Fox, Paramount, Orion, Lorimar, Columbia, Universal, Disney and MGM.

### EDUCATION

U.C.L.A. – M.F.A. in Directing, Film & Television Dept.
Stanford University – B.A., Communications



Δ π EXHIBIT 203
Deponent McDonald
Date 2/5/15 Rptr. RH
WWW.DEPOBOOK.COM

MCDONALD_000073