**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# EXHIBIT 1

EXHIBIT FILED CONDITIONALLY UNDER SEAL PENDING ORDER FROM THE COURT