KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ERIN J. COX (State Bar No. 267954)
erin.cox@mto.com
JORDAN D. SEGALL (State Bar No. 281102)
jordan.segall@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY WILSON,<br><br>  Plaintiff,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., WALT DISNEY PICTURES, and WALT DISNEY MOTION PICTURES GROUP, INC.,<br><br>  Defendants. | Case No. 3:14-cv-01441-VC<br><br>**DECLARATION OF ERIN J. COX IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:  Hon. Vince G. Chhabria<br>Date:   April 9, 2015<br>Time:   10:00 a.m.<br>Ctrm:   4 (17th Floor) |

26100446.2

I, Erin J. Cox, declare as follows:

1. I am an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record for Defendants The Walt Disney Company, Disney Enterprises, Inc., Walt Disney Pictures, and Walt Disney Motion Pictures Group, Inc. in this action (collectively, "Disney"). On behalf of Disney, I make this declaration pursuant to Local Rule 79-5(e) to demonstrate compelling reasons to file under seal unredacted versions of documents attached to Plaintiff's Administrative Motion to Seal (Dkt. 129), filed on March 19, 2015. Specifically, portions of certain exhibits to the Declaration of J.A. Ted Baer in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment contain material designated confidential by Disney under the Court's Confidentiality Stipulation and Protective Order dated December 4, 2014 (the "Designated Material"). I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify as stated below.

### Grounds for Redaction and Sealing

2. Disney specifically seeks to seal the following:

   a. **Baer Declaration Exhibit 6**: Unredacted email sent to John Lasseter at a confidential Pixar email address not known to the public; the proposed redacted version of this exhibit (attached hereto as Exhibit A) has been narrowly redacted to exclude only Mr. Lasseter's private email address. The selective redaction of a non-public email address of Mr. Lasseter serves to protect against the public disclosure of personal information of non-parties to this litigation.

   b. **Baer Declaration Exhibit 17**: Unredacted excerpts from the transcript of Paul Briggs's deposition; the proposed redacted version of this exhibit (attached hereto as Exhibit B) has been redacted to exclude one sentence quoting from confidential brainstorm meeting minutes. Since the founding of the studio, Disney has used a specialized brainstorming process to develop ideas. These sessions are highly confidential, and Disney protects against the public disclosure of the discussions that take place in these meetings. Ideas that emerge from these brainstorming sessions may inform the production of future Disney works. Disney keeps minutes of these brainstorming sessions for its own purposes. Disney treats these minutes and related

1  documents and communications as confidential and does not disclose them outside the company.
2  Disney is in the business of creating and producing motion pictures and other entertainment
3  content, and the details of Disney's development processes constitute Disney's trade secrets.
4  Disney derives independent economic value from the information contained in these documents
5  not being generally known outside the company.
6        3.    I declare under penalty of perjury under the laws of the United States that the
7  foregoing is true and correct, and that this declaration was executed this 23rd day of March, 2015,
8  at Los Angeles, California.

          */s/ Erin J. Cox*
          ERIN J. COX