KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ERIN J. COX (State Bar No. 267954)
erin.cox@mto.com
JORDAN D. SEGALL (State Bar No. 281102)
jordan.segall@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| KELLY WILSON, | Case No. 3:14-cv-01441-VC |
|---|---|
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF ERIN J. COX IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., WALT DISNEY PICTURES, and WALT DISNEY MOTION PICTURES GROUP, INC., | Judge:  Hon. Vince G. Chhabria<br>Date:    April 9, 2015 |
| Defendants. | Time:   10:00 a.m.<br>Ctrm:    4 |

I, Erin J. Cox, declare:

I am an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record for Defendants The Walt Disney Company, Disney Enterprises, Inc., Walt Disney Pictures, and Walt Disney Motion Pictures Group, Inc. (collectively, "Defendants") in the above-captioned action. I have personal knowledge of the facts stated in this declaration, and could testify to them competently if called upon to do so. I submit this declaration in support of Defendants' Reply in support of their Motion for Summary Judgment.

1. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of Matt Roberts's deposition in this matter, taken on November 17, 2014.

2. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff's profile (identification number 10384, created on July 15, 2009) from Walt Disney Animation Studios' candidates database, produced in discovery by Defendants in this matter bearing Bates number WDP_00000129. This document was marked as an exhibit during Mr. Roberts's deposition.

3. Attached hereto as **Exhibit 3** is a true and correct copy of an email dated July 15, 2009 from Animation.jobs@disneyanimation.com to Kelly Wilson at kellyannewilson@gmail.com, with the subject line "Please activate your new account." This document was produced in discovery by Plaintiff in this matter on a hard drive in the following folder structure: The Snowman Files\Emails\Misc\2009.07.15.pdf.

4. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the transcript of Edwin Fabian's deposition in this matter, taken on January 22, 2015, along with the errata sheet to the transcript.

5. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the transcript of Elyse Klaidman's deposition in this matter, taken on January 23, 2015.

6. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the transcript of Paul Brigg's deposition in this matter, taken on January 20, 2015.

7. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the transcript of Peter Del Vecho's deposition in this matter, taken on October 28, 2014.

8. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the transcript of James McDonald's deposition in this matter, taken on February 25, 2015.

9. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the transcript of Maureen Furniss's deposition in this matter, taken on February 27, 2015.

10. I conducted an electronic keyword search of all documents produced by Defendants in this matter for the name "Jorge Ernesto Ruiz Cano"; the search returned zero documents. I then conducted a search of Defendants' production for the name "Jorge Cano," which likewise had no hits. I conducted a search for the name "Cano," which returned 49 documents referencing either a "Laura Cano" or a "Claudia Cano." Finally, I conducted a search of Defendants' production for the name "Jorge Ruiz"; the search returned 10 emails, the earliest of which is dated June 19, 2013.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on March 26, 2015, at Los Angeles, California.

                                                */s/ Erin J. Cox*
                                                ERIN J. COX[1]

---

[1] Electronically signed by Kelly M. Klaus with the concurrence of Erin J. Cox. Civ. L.R. 5-1(i)(3).

-2-