# EXHIBIT 8

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
 3
 4    KELLY WILSON,                    )  No.
                                       )  3:14-CV-01441-VC
 5           Plaintiff,                )
                                       )
 6    vs.                              )
                                       )
 7    THE WALT DISNEY COMPANY,         )
      DISNEY ENTERPRISES, INC.,        )
 8    WALT DISNEY PICTURES, and        )
      WALT DISNEY MOTION PICTURES      )
 9    GROUP, INC.,                     )
                                       )
10           Defendant.                )
      _____  )
11
12
13              DEPOSITION OF JAMES MCDONALD
14                  Los Angeles, California
15              Wednesday, February 25, 2015
16                       Volume I
17
18
19
20    Reported by:
      ROCHELLE HOLMES
21    CSR No. 9482
22    Job No. 2021493
23    PAGES 1 - 103
24
25
```

Page 1

```
 1         THE WITNESS:  I feel that I am an expert when it
 2   comes to writer credit determination issues and writer
 3   credit issues with regard to screenplays.  I have spent
 4   four decades analyzing and developing screenplays.  I
 5   have worked for every studio, several production
 6   companies.  I am consulted by writers when they are
 7   developing screenplays.  I have consulted with writers
 8   in regard to arbitration with the WGAW.  I have
 9   consulted with studio executives on writer issues.  And
10   I, over the last 23 years, I have done a forensic
11   analysis on the development process of well over 50, 60
12   animated films.
13         Q   BY MR. GIGNAC:  Okay.  Do you consider yourself
14   to be an expert on the determination of whether a work
15   is an original piece of work?
16         MR. KLAUS:  Object to the form of the question.
17         THE WITNESS:  That is a very broad question.  Will
18   you define "original" for me?
19         Q   BY MR. GIGNAC:  Let me ask you this.  Do you
20   think that The Snowman created by Kelly Wilson is an
21   original work?
22         A   Yes, it is an original work.
23         Q   Okay.  Do you consider yourself to be an expert
24   on the question of whether or not one work infringes
25   upon the copyright of another work?
```

Page 52

```
 1        MR. KLAUS:  Object to the form of the question.
 2        THE WITNESS:  I am not a lawyer, so as to whether
 3   one work infringes on another as far as copyright law
 4   goes, no.  However, in regard to substantial similarity
 5   between two works, yes.  I usually am hired for a very
 6   specific reason, to compare two works to filter out what
 7   is an abstract idea from what is the concrete expression
 8   of ideas.  So on that specific area, yes, I think I am
 9   an expert.
10        Q   BY MR. GIGNAC:  Okay.  Do you consider yourself
11   to be an expert on the issue of whether or not one work
12   has plagiarized elements from another work?
13        MR. KLAUS:  What do you mean by "plagiarized"?
14        MR. GIGNAC:  Is that an objection?
15        MR. KLAUS:  Yes.  What do you mean by
16   "plagiarized"?  It's vague and ambiguous.
17        Q   BY MR. GIGNAC:  Do you understand what
18   plagiarized means?
19        A   My understanding of plagiarized means someone
20   has borrowed, copied, used someone else's work.
21        Q   Perfect.  With that definition in mind, do you
22   consider yourself to be an expert on the issue of
23   whether or not one work has plagiarized elements from
24   another work?
25        MR. KLAUS:  Objection.  Are you asking a different
```

Veritext Legal Solutions
866 299-5127

1     question than the one about copying?
2          THE WITNESS:  Once again, I'm not an expert on
3     copyright law.  I'm an expert on counseling similarities
4     and I have an opinion based on my expertise and
5     experience as to whether there is substantial enough
6     similarity between two works where maybe someone did
7     borrow it.
8          Q    BY MR. GIGNAC:  Do you have any plans or
9     expectations to do additional expert work in connection
10    with this litigation other than possibly testifying at
11    trial?
12         A    I have no idea what's going to happen after
13    this deposition.
14         Q    All right.  In other words, you don't have any
15    pending assignments or things that you still need to
16    conclude?
17         A    No, I don't.
18         Q    Is there anyone -- strike that.
19              Is there anyone that assisted you in connection
20    with your work as an expert in this case?  And I mean
21    beyond counsel.  And I'm not trying to suggest counsel
22    necessarily assisted you, but I want to exclude them
23    from the question.
24         A    No.
25         Q    So you don't have anybody that you were working

1           I, JAMES MCDONALD, do hereby declare under
2    penalty of perjury that I have read the foregoing
3    transcript of my deposition; that I have made such
4    corrections as noted herein, in ink, initialed by me, or
5    attached hereto; that my testimony as contained herein,
6    as corrected, is true and correct.
7
8           EXECUTED this _____ day of _____,
9    20__, at _____, _____.
                     (City)                          (State)
10
11
12                              _____
                                       JAMES MCDONALD
13                                        Volume I
14
15
16
17
18
19
20
21
22
23
24
25

Page 102

CONFIDENTIAL

1       I, Rochelle Holmes, the undersigned, a
2  Certified Shorthand Reporter of the State of California,
3  do hereby certify:
4       That the foregoing proceedings were taken
5  before me at the time and place herein set forth; that
6  any witnesses in the foregoing proceedings, prior to
7  testifying, were administered an oath; that a record of
8  the proceedings was made by me using machine shorthand
9  which was thereafter transcribed under my direction;
10 that the foregoing transcript is a true record of the
11 testimony given.
12      Further, that if the foregoing pertains to the
13 original transcript of a deposition in a Federal Case,
14 before completion of the proceedings, review of the
15 transcript [ ] was [X] was not requested.
16      I further certify I am neither financially
17 interested in the action nor a relative or employee
18 of any attorney or any party to this action.
19      IN WITNESS WHEREOF, I have this date subscribed my
20 name.
21 Dated: March 10, 2015
22
23
                    _____
24                        Rochelle Holmes
                     CSR No. 9482, CCRR No. 0123
25