UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>    Defendants. | Case No. 14-cv-01441-VC<br><br>**ORDER REGARDING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

The Court is tentatively of the view that none of the materials sought to be sealed in connection with the parties' cross-motions for summary judgment should actually be sealed. However, before issuing a final ruling, the Court would like to give the parties an opportunity to brief and argue the matter more fully. Accordingly, Disney should file a brief, not to exceed 15 pages, by May 14, explaining why it believes there are compelling reasons to justify the sealing of all material the parties propose to seal. Wilson should file a response, also not to exceed 15 pages, by May 28. Disney may file a reply, not to exceed 10 pages, by June 4. A hearing on the motions to seal is scheduled for June 25, 2015. If the Court determines, after reviewing the briefs, that a hearing is unnecessary, it will notify the parties in advance.

In addition, Disney must re-file its administrative motion to file under seal, document number 84, because that motion was terminated. *See* Order, Doc. No. 96. Disney should not re-file the accompanying exhibits, only the administrative motion.

**IT IS SO ORDERED.**

Dated: April 20, 2015

_____
VINCE CHHABRIA
United States District Judge