KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ERIN J. COX (State Bar No. 267954)
erin.cox@mto.com
JORDAN D. SEGALL (State Bar No. 281102)
jordan.segall@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY WILSON,<br><br>  Plaintiff,<br><br>  v.<br><br>THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., WALT DISNEY PICTURES, and WALT DISNEY MOTION PICTURES GROUP, INC.,<br><br>  Defendants. | Case No. 3:14-cv-01441-VC<br><br>**NOTICE REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:   Hon. Vince G. Chhabria |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Defendants The Walt Disney Company, Disney
3  Enterprises, Inc., Walt Disney Pictures, and Walt Disney Motion Pictures Group, Inc. do not
4  intend to file a further brief in support of their administrative motion to file under seal materials
5  submitted in connection with the cross-motions for summary judgment.

6

7  DATED:  May 14, 2015                MUNGER, TOLLES & OLSON LLP

8

9  By:  */s/ Jordan D. Segall*
   JORDAN D. SEGALL

10

11  Attorneys for Defendants
   The Walt Disney Company et al.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE RE: MOTION TO SEAL
CASE NO. 3:14-cv-01441-NC