J. Paul Gignac (State Bar No. 125676)
jpg@foleybezek.com
Mischa N. Barteau (State Bar No. 274474)
mbarteau@foleybezek.com
FOLEY BEZEK BEHLE & CURTIS, LLP
15 West Carrillo Street
Santa Barbara, California 93101
Telephone:  (805) 962-9495
Facsimile:   (805) 962-0722

J.A. Ted Baer (State Bar No. 135092)
ted@tedbaerlaw.com
LAW OFFICE OF J.A. TED BAER
21 E. Canon Perdido Street, Suite 223
Santa Barbara, California 93101
Telephone:    (805) 963-7177
Facsimile:     (801) 730-2874

Attorneys for Plaintiff Kelly Wilson

KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ERIN J. COX (State Bar No. 267954)
erin.cox@mto.com
JORDAN D. SEGALL (State Bar No. 281102)
jordan.segall@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Kelly Wilson, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE WALT DISNEY COMPANY, a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; WALT DISNEY PICTURES, a California corporation; WALT DISNEY MOTION PICTURES GROUP, INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 3:14-cv-01441-VC<br><br>**JOINT STIPULATION TO WITHDRAW IN PART ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL MATERIALS SUBMITTED IN SUPPORT OF CROSS MOTIONS FOR SUMMARY JUDGMENT & [PROPOSED] ORDER AS MODIFIED**<br><br>The Honorable Vince G. Chhabria |

WHEREAS, on various dates in March 2015, in connection with the parties' cross-motions for summary judgment, the parties filed Administrative Motions to File Under Seal certain documents designated confidential by Defendants;

WHEREAS, on April 21, 2015, the Court entered an Order Regarding Administrative Motions to File Under Seal (Dkt. 156), tentatively ruling that none of the materials sought to be sealed in connection with the parties' cross-motions for summary judgment should be sealed;

WHEREAS, on June 10, 2015, the Court informed the parties that certain personal information of non-parties, such as non-public email addresses, phone numbers, and an airline frequent flyer number, contained in materials submitted in connection with Plaintiff's Partial Motion for Summary Judgment and Plaintiff's Opposition to Defendants' Motion for Summary Judgment should be sealed;

WHEREAS, the parties have met and conferred and agreed to withdraw their respective Administrative Motions to File Under Seal to the extent that those motions relate to materials other than the documents that have been selectively redacted to protect against the public disclosure of personal information of non-parties to this litigation;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES AS FOLLOWS:

1.  Defendants withdraw, in its entirety, their Administrative Motion to File Under Seal Documents Designated Confidential filed on March 12, 2015 (Dkt. 84).

2.  With Defendants' consent, Plaintiff withdraws in part her Amended Administrative Motion to File Under Seal Exhibits to Declaration of Mischa N. Barteau in Support of Plaintiff's Motion for Partial Summary Judgment filed on March 16, 2015 (Dkt. 105), to the extent it seeks to file under seal materials *other* than unredacted versions of Exhibits 62, 64, and 67 to the Barteau Declaration. (*See* Declaration of Jordan D. Segall in Support of Plaintiff's Administrative Motion to File Under Seal ¶¶ 5(e)-(f), 8 (Dkt. 142).)  The parties stipulate that Exhibits 62, 64, and 67 to the Declaration of Mischa N. Barteau in Support of Plaintiff's Motion for Partial Summary Judgment can and should be filed under seal, as they contain personal, non-public information of individuals who are not parties to the case and who have a clear interest in maintaining this information as confidential and not publicly known.

3. With Defendants' consent, Plaintiff withdraws in part her Administrative Motion to File Under Seal Exhibits to Declaration of J.A. Ted Baer in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment filed March 19, 2015 (Dkt. 129), to the extent it seeks to file under seal materials *other* than an unredacted version of Exhibit 6 to the Baer Declaration. (*See* Declaration of Erin J. Cox in Support of Plaintiff's Administrative Motion to File Under Seal ¶ 2(a) & Ex. A thereto.)  The parties stipulate that Exhibit 6 to the Declaration of J.A. Ted Baer in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment can and should be filed under seal, as it contains personal, non-public information of an individual who is not a party to the case and who has a clear interest in maintaining this information as confidential and not publicly known.

4. Defendants withdraw, in its entirety, their Administrative Motion to File Under Seal Documents Designated Confidential filed on March 26, 2015 (Dkt. 149).

IT IS SO STIPULATED.

DATED:  June 16, 2015              FOLEY BEZEK BEHLE & CURTIS, LLP
                                   J. PAUL GIGNAC
                                   MISCHA N. BARTEAU

                                   LAW OFFICE OF J.A. TED BAER
                                   J.A. TED BAER


                                   By:  _____/s/ *J. Paul Gignac*_____
                                        J. PAUL GIGNAC
                                   Attorneys for Plaintiff Kelly Wilson


DATED:  June 16, 2015              MUNGER, TOLLES & OLSON LLP


                                   By:  _____/s/ *Kelly M. Klaus*_____
                                        KELLY M. KLAUS
                                   Attorneys for Defendants

1   In accordance with Local Rule 5-1(i), the filer attests that each of the above signatories
2   have concurred in the filing of this document.

3
4   DATED:  June 16, 2015                    By:        /s/ *Mischa N. Barteau*
5                                                      MISCHA N. BARTEAU

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER AS MODIFIED**

The Court, having reviewed the parties' Joint Stipulation to Withdraw in Part Administrative Motions to File Under Seal Materials Submitted in Support of Cross Motions for Summary Judgment, hereby orders as follows:

1. Plaintiff's Amended Administrative Motion to File Under Seal Exhibits to Declaration of Mischa N. Barteau in Support of Plaintiff's Motion for Partial Summary Judgment filed on March 16, 2015 (Dkt. 105) is **GRANTED** with respect to Exhibits 62, 64, and 67 to the Barteau Declaration; and

2. Plaintiff's Administrative Motion to File Under Seal Exhibits to Declaration of J.A. Ted Baer in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment filed March 19, 2015 (Dkt. 129) is **GRANTED** with respect to Exhibit 6 to the Baer Declaration. The public, redacted version of Exhibit 6 to the Baer Declaration is filed at Docket Number 143-1.

IT IS SO ORDERED.

Dated: June 23, 2015

_____
Honorable Vince G. Chhabria