1  J. Paul Gignac (State Bar No. 125676)
   jpg@foleybezek.com
2  Mischa N. Barteau (State Bar No. 274474)
   mbarteau@foleybezek.com
3  FOLEY BEZEK BEHLE & CURTIS, LLP
   15 West Carrillo Street
4  Santa Barbara, California 93101
   Telephone:  (805) 962-9495
5  Facsimile:   (805) 962-0722

6  J.A. Ted Baer (State Bar No. 135092)
   ted@tedbaerlaw.com
7  LAW OFFICE OF J.A. TED BAER
   21 E. Canon Perdido Street, Suite 223
8  Santa Barbara, California 93101
   Telephone:     (805) 963-7177
9  Facsimile:      (801) 730-2874

10 Attorneys for Plaintiff Kelly Wilson

11 Kelly M. Klaus (State Bar No. 161091)
   kelly.klaus@mto.com
12 Erin J. Cox (State Bar No. 267954)
   erin.cox@mto.com
13 Jordan D. Segall (State Bar No. 281102)
   jordan.segall@mto.com
14 MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
15 San Francisco, California 94105-2907
   Telephone:     (415) 512-4000
16 Facsimile:      (415) 512-4077

17 Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Kelly Wilson, an individual, | Case No. 3:14-cv-01441-VC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| THE WALT DISNEY COMPANY, a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; WALT DISNEY PICTURES, a California corporation; WALT DISNEY MOTION PICTURES GROUP, INC., a California corporation; and DOES 1 through 25, inclusive, | The Honorable Vince G. Chhabria |
| Defendants. | |

Plaintiff Kelly Wilson and Defendants The Walt Disney Company; Disney Enterprises, Inc.; Walt Disney Pictures; and Walt Disney Motion Pictures Group, Inc., by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby stipulate that the above-captioned action, including all claims raised in the Complaint filed therein, shall be and hereby are dismissed with prejudice.

IT IS SO STIPULATED.

DATED: July 1, 2015                         FOLEY BEZEK BEHLE & CURTIS, LLP
                                            J. PAUL GIGNAC, Of Counsel
                                            MISCHA N. BARTEAU

                                            LAW OFFICE OF J.A. TED BAER
                                            J.A. TED BAER


                                            By:    /s/ *J. Paul Gignac*
                                                   J. PAUL GIGNAC, Of Counsel
                                            Attorneys for Plaintiff Kelly Wilson


DATED: July 1, 2015                         MUNGER, TOLLES & OLSON LLP
                                            KELLY M. KLAUS
                                            ERIN J. COX
                                            JORDAN D. SEGALL


                                            By:    /s/ *Kelly M. Klaus*
                                                   KELLY M. KLAUS
                                            Attorneys for Defendants


In accordance with Local Rule 5-1(i), the filer attests that each of the above signatories have concurred in the filing of this document.

DATED: July 1, 2015          By:    /s/ *Mischa N. Barteau*
                                    MISCHA N. BARTEAU

# [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

Dated: _____

HON. VINCE G. CHHABRIA
UNITED STATES DISTRICT JUDGE